| | |
|---|---|
| <u>DEFENDANT</u>: | JONATHAN K. YIOULOS |
| <u>YOB</u>: | **1989** |
| <u>COMPLAINT FILED?</u> | _____ Yes      \_\_\_\_x\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   \_ \_\_ Yes     \_\_\_x\_\_\_\_ No
If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | Count 1:  18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud) |
| | Counts 2-40:  18 U.S.C. § 1343 (Wire Fraud) |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | Count 1:  18 U.S.C. § 1349<br>NMT 20 years' imprisonment; NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| | Counts 2-40:  18 U.S.C. § 1343<br>For each count:  NMT 20 years' imprisonment, NMT a $250,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee. |
| <u>AGENT</u>: | IRS-CI SA Lisa Palmer<br>FBI SA Sarah Anderson |
| <u>AUTHORIZED BY</u>: | Assistant U.S. Attorney Hetal J. Doshi<br>Assistant U.S. Attorney Matthew T. Kirsch |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_ five days or less         \_\_\_X\_ over five days              \_\_\_\_ other

<u>THE GOVERNMENT</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

  x\_\_\_\_\_ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

Case 1:20-cr-00305-DDD   Document 83-3   Filed 02/03/21   USDC Colorado   Page 2 of 2