# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL AARON TEW,**<br>**KIMBERLEY ANN TEW, and**<br>**JONATHAN K. YIOULOS**<br>Defendants. | 20-CR-00305-DDD<br><br>**PROPOSED ORDER**<br>**CONTINUING TRIAL UNDER**<br>**18 U. S. C. § 3161(h)(7)**<br><br>[PROPOSED] TRIAL DATE:<br>10/18/2021<br><br>[PROPOSED] PRE-TRIAL<br>CONFERENCE DATE: 10/11/2021 |

The Court has read and considered the Motion Regarding the Unopposed Request for A 180-Day Ends Of Justice Continuance Under 18 U. S. C. § 3161(h)(7), filed by Defendants Mr. and Mrs. Tew in this matter on March 11, 2021. The Court hereby finds that the Motion, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 19, 2021 to October 18, 2021. The pre-trial conference date/last date to hear motions is October 11, 2021.

2. The time period of from April 19, 2021 to October 18, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

3. Defendant shall appear in Courtroom A 702 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294; and on October 18, 2021 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
DATE                                    THE HONORABLE DANIEL D. DOMENICO
                                        UNITED STATES DISTRICT COURT JUDGE


Presented by:

/s/
_____
Tor Ekeland
Attorney for Defendants Michael Tew and Kimberley Tew