UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL AARON TEW,**<br>**KIMBERLEY ANN TEW, and**<br>**JONATHAN K. YIOULOS**<br>Defendants. | 20-CR-00305-DDD<br><br>**[PROPOSED] ORDER OF MOTION**<br><br>**UNOPPOSED MOTION UPON**<br>**ATTORNEY DECLARATION**<br>**SEEKING ORDER PERMITTING**<br>**TRAVEL BEYOND PRE-TRIAL**<br>**RELEASE ORDER AT PARAGRAPH 7(f)** |

    Now before the Court in this matter are Defendants, Mr. Michael Aaron Tew and Mrs. Kimberley Ann Tew, motion upon attorney declaration seeking order permitting travel beyond pre-trial release order at paragraph 7(f) of the motion. The order would permit the Tews to travel with their two young daughters to Los Angeles, California on September 23rd, 2021, and returning to the State of Colorado on September 27th, 2021, for a family vacation.

    Accordingly, Mr. and Mrs. Tew's Motion is granted.

    IT IS SO ORDERED.

_____          _____
DATE                                     THE HONORABLE DANIEL D. DOMENICO
                                         UNITED STATES DISTRICT COURT JUDGE

Presented by:

    /s/
_____
Tor Ekeland
Attorney for Defendants Michael Tew and Kimberley Tew