UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AARON TEW,<br>KIMBERLEY ANN TEW, and<br>JONATHAN K. YIOULOS<br>Defendants. | 20-CR-00305-DDD<br><br>WITHDRAVAL OF UNOPPOSED MOTION SEEKING ORDER PERMITTING TRAVEL BEYOND PRE-TRIAL RELEASE ORDER |

**PLEASE TAKE NOTICE,** that upon the Declaration of Tor B. Ekeland, Attorney for the Defendants, Michael Tew and Kimberley Tew, move this Court for the withdrawal of the unopposed motion "Seeking Order Permitting Travel Beyond Pre-Trial Release Order" (Dkt. No. 146), filed September 17, 2021. The withdrawal is requested on the following grounds:

1. Defendants Mr. and Mrs. Tew were planning to travel, with their two young daughters, to Los Angeles, California on September 23rd, 2021, and returning to the State of Colorado on September 27th, 2021, for a family vacation.

2. On Monday, September 20, 2021, Mr. and Mrs. Tew reached out to undersigned counsel, informing them that their daughter is not feeling well, and they are postponing their trip to a later date, to be determined.

3. WHEREFORE, undersigned counsel requests the Court withdraw this motion from the docket.

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*