IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00305-DDD
UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1. MICHAEL AARON TEW,
  2. KIMBERLEY ANN TEW,
  3. JONATHAN K. YIOULOS,
    Defendants.

## MOTION TO WITHDRAW

Assistant United States Attorney Hetal J. Doshi hereby files this Motion to Withdraw as counsel of record on behalf of the United States and requests termination of electronic service in the above-captioned case.  AUSA Bryan Fields will serve as lead counsel of record in this case.

Dated this 29th day of November 2021.

        MATTHEW T. KIRSCH
Acting United States Attorney

By:   s/ *Hetal J. Doshi*
      Hetal J. Doshi
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: 303-454-0100
      Fax: 303-454-0405
      Email: Hetal.Doshi@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of November 2021, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

            By: *s/Portia Peter*
            Portia Peter
            Legal Assistant
            United States Attorney's Office
            1801 California Street, #1600
            Denver, Colorado 80202