| | |
|---|---|
| UNITED STATES DISTRICT OF COURT<br>FOR THE DISTRICT OF COLORADO | Case No. 20-cr-00305-DDD |
| UNITED STATES OF AMERICA | **MOTION TO WITHDRAW** |
| Plaintiff, | |
| v. | |
| MICHAEL AARON TEW, JONATHAN K. YIOULOS, and KIMBERLEY ANN TEW, | |
| Defendants. | |

**PLEASE TAKE NOTICE,** undersigned counsel respectfully moves to withdraw as counsel to Michael Tew and Kimberley Tew in this action under D.C. COLO. LAttyR 5(b) of the District of Colorado local rules and Rule 1.16 of the Colorado Rules of Professional Conduct, subsections (b)(1), (b)(5), (b)(6), and (b)(7). Mr. and Mrs. Tew have not and apparently cannot meet their financial obligations to my firm. Furthermore, certain circumstances have made it unreasonably difficult to continue the representation separate and apart from their inability to honor financial obligations to this firm. I, as well as my co-counsel Michael Hassard and Xuan Zhou, will be withdrawing as counsel in this case. I will be submitting a declaration setting forth in greater detail the reasons supporting my motion to withdraw.

In a separate motion, I will request that access to the declaration be restricted to the Court under a Level 3 restriction because the information contained therein implicates the attorney-client relationship and client confidences. Mr. and Mrs. Tew have been advised the withdrawal motion and have been served with the motion and the declaration. Mr. and Mrs. Tew did not respond to our emails and letters regarding the motion.

In a separate motion, I will be requesting a 3-month continuance of all pending deadlines, so that Mr. and Mrs. Tew have time to retain new counsel or be appointed counsel under the Criminal Justice Act

Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
(NYS Bar No. 4493631)
Tor Ekeland Law, PLLC

30 Wall Street
8th Floor
New York, NY 10005
(718) 737-7264
tor@torekeland.com

*Attorney for Michael Tew and Kimberley Tew*