UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL AARON TEW,<br>KIMBERLEY ANN TEW, and<br>JONATHAN K. YIOULOS<br>　　　　　　　　　Defendants. | 20-CR-00305-DDD<br><br>PROPOSED ORDER<br>RESTRICTING DKT 163 |

　　　The Court has read and considered Defendant's Motion to Restrict the document at [Dkt. 163.

　　　Upon consideration and for good cause shown,

　　　IT IS ORDERED that Dkt. 163 is hereby restricted at Level 3 until further order of the court.

　　　IT IS SO ORDERED.

_____　　　_____
DATE　　　　　　　　　　　　　　　　THE HONORABLE DANIEL D. DOMENICO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/
_____
Tor Ekeland
Attorney for Defendants Michael Tew and Kimberley Tew