**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:16 pm, Feb 10, 2022*
**JEFFREY P. COLWELL, CLERK**

1:20-cr-00305-DDD

February 10, 2022


<u>VIA EMAIL</u>
Honorable Kristin L. Mix
United States District Court
District of Colorado
Alfred A. Arraj United States Courthouse A441
Courtroom A401


Dear Judge Mix:

My wife and I are committed to retaining appropriate counsel to represent us in this matter.

We are currently reviewing an engagement letter with a law firm based in Denver. We expect that this law firm will enter within the next two weeks.

On February 2, 2022, this Court issued Minute Order (172) requiring my wife and I to file a financial affidavit by February 14, 2022. Given the circumstances named above, we wish to request this Court to extend such deadline to February 28, 2022.

Thank you for your kind consideration in this matter.

Respectfully,

Michael Tew

Kimberley Tew