IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00241-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL AARON TEW and
2.    KIMBERLEY ANN TEW,
    a/ka Kimberley Vertanen,
3.    JONATHAN K. YIOULOS

    Defendants.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 19th day of May, 2022.

                        COLE FINEGAN
                        United States Attorney


                        By: *s/ Albert Buchman*
                        ALBERT BUCHMAN
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        Telephone: 303-454-0100
                        Fax: 303-454-0405
                        Email: Al.Buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of May, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
      Legal Assistant
      United States Attorney's Office