

Tor Ekeland
Partner
(718) 737-7264
tor@torekeland.com

July 9th, 2021

*Via electronic mail*

Matthew T. Kirsch
Acting United States Attorney

Hetal J. Doshi
Andrea Surratt
Assistant United States Attorneys

United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

    Re: *United States v. Michael Aaron Tew, Kimberley Ann Tew, and Jonathan K. Yioulos,* **Case No. 20-CR-305-DDD**
      **Potential Privilege Violations**

Dear Mr. Kirsch, Ms. Doshi, and Ms. Surratt,

  We are in receipt of your July 7th letter requesting search terms for the filtration of iCloud data seized via sealed search warrant from Apple. Based on the information provided to us in this letter, we believe that failure to follow appropriate taint team protocols may have resulted in the government violating Mr. and Mrs. Tew's attorney-client and spousal privileges. Your correspondence indicates that government investigators may have accessed privileged material. We ask that you immediately cease your discovery review until these privilege questions are resolved.

  Finally, your characterization of our discussions as agreements is inaccurate. Any agreement that the defense makes with the government will be in writing. We do not accept your imposition of arbitrary deadlines as to our clients' legal rights, and nothing that we have said or done is any kind of waiver. We have been clear about this from the beginning. We look forward to discussing this with you further on Thursday after the hearing.

Sincerely,

*s/ Tor Ekeland*   *s/ Michael Hassard*
Tor Ekeland    Michael Hassard