IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   1. MICHAEL AARON TEW and
   2. **KIMBERLEY ANN TEW**,
      a/ka Kimberley Vertanen,

   Defendants.

---

# GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PRE-TRIAL MOTIONS FILED ON JUNE 13, 2022

---

The government respectfully moves the Court for an extension — until August 9, 2022 — to file its responses to the defendant's motions filed on June 13, 2022.   The government has consulted with defense counsel, who has no objection to the extension.

As grounds for the motion the government states as follows:

1.   Undersigned counsel is in the midst of preparing for a three week trial in the matter of *United States v. Rudolph at al.*, 22-cr-000012-WJM, that begins on July 11, 2022 and ends on July 28, 2022.   The trial, involving allegations of a murder in Africa and an insurance fraud, will involve approximately 60 witnesses, approximately 15 of whom are travelling from outside of the United States. It

1

features a host of logistical complications, as well as unique legal and factual issues that require extensive analysis.

2. An extension will allow for the continuity of government in counsel in this matter. The undersigned counsel who is most familiar with the case would have time, after the *Rudolph* trial, to fully assess and evaluate the defendant's motion in the overall context of the evidence. This will best ensure effective decision-making about the case, provide time for the government to consult with defense counsel about how to proceed in this matter given the substantial legal issues raised, and also ensure that the court has available to it the best and most developed advice on how the government believes the motions should be decided. The alternatives, even with the exercise of due diligence, would be responses from government counsel not as familiar with the matter and — in such a complex case — would unreasonably affect the quality of the responses and cause harm to the United States.

3. Conversely, the extension will not cause prejudice to the defendant or to judicial economy. Trial in this matter is set for December 5, 2022. ECF No. 198. Fully-developed responses to the motions filed on August 9, 2022 would still allow for approximately 4 months to hold any necessary hearing and issue any written decision. Allowing an extension of time here will take full advantage of our adversarial system of justice, providing the court with fully reasoned arguments on both sides of the relevant issues and potentially increasing judicial efficiency by

limiting the amount of additional briefing, research, or oral argument time required to fully engage with the questions raised. To the extent this process helps clarify the issues for the court, it may actually result in *less* time spent on the motions and a more efficient allocation of resources for all parties.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  s/ *Bryan David Fields*
        Bryan David Fields
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0409
        Bryan.Fields3@usdoj.gov

...

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s Bryan David Fields*
Bryan David Fields

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this motion will not affect the speedy trial clock in this case because any resolution of it will be within the already-granted ends-of-justice continuance granted on May 12, 2022, ECF No. 198.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

<em>s/ Bryan David Fields</em><br/>
United States Attorney's Office