

FD-674a (7-24-2017)

**FBI**

DATE 07 / 31 / 2020

CASE ID 318A-DN-3053281

PHOTOGRAPHER John Stauder

LOCATION 3222 East First Avenue
Apartment 224
Denver, Colorado 80206

EXHIBIT D

| FD-674a (7-24-2017) | ERT PHOTOGRAPHIC LOG | | PAGE 1 OF 4 |

## GENERAL INFORMATION

DATE: 07/31/2020  CASE ID: 318A-DN-3053281-YH
LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE: Nikon D610  CARD #: 1
PREPARER/PHOTOGRAPHER: FP John Stauder / FOA Lindsay Fryar
REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / **Other** / Items # | Long / Med / Close | | Log Label |
| 2 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Exterior of apartment complex |
| 3 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Exterior - address |
| 4 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Exterior of apt # 224 |
| 5 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room A |
| 6 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room A |
| 7 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room B |
| 8 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room B |
| 9 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room B |
| 10 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room C |
| 11 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room C |
| 12 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room C |
| 13 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room D |
| 14 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room D |
| 15 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room D |
| 16 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room E |
| 17 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room E |
| 18 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room E |
| 19 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room E |
| 20 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room F |
| 21 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room F |
| 22 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room F |
| 23 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room F |
| 24 | Entry / Exit / Other / Items # | Long / Med / Close | | Room F - Closet |
| 25 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room F - Closet |
| 26 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room G |
| 27 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room G |
| 28 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room G |
| 29 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room G - Closet |
| 30 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room G - Closet |
| 31 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room G - Closet |
| 32 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room H |
| 33 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room H |
| 34 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room H |
| 35 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room H |
| 36 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Room H |

FD-674a (7-24-2017)      **ERT PHOTOGRAPHIC LOG**      PAGE 2 OF 4

### GENERAL INFORMATION

DATE: 07/31/2020    CASE ID: 318A-DN-3053281-JA
LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE: Nikon D610    CARD #: 1
PREPARER/PHOTOGRAPHER: FP John Stauder / FOA Lindsay Pryor
REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 37 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room H - Closet |
| 38 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room H - Closet |
| 39 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room H - Closet |
| 40 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room H - Closet |
| 41 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room I |
| 42 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room I |
| 43 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room I |
| 44 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room J |
| 45 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room J |
| 46 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room J |
| 47 | Entry / Exit / (Other) / Items # | Long / Med / Close | | Room B - books/bookshelves |
| 48 | Entry / Exit / (Other) / Items # | Long / Med / Close | | Room B - books/bookshelves |
| 49 | Entry / Exit / (Other) / Items # | Long / Med / Close | | Room B - books/bookshelves |
| 50 | Entry / Exit / Other / (Items #) 1 | (Long) / Med / Close | | money bag - from Room B |
| 51 | Entry / Exit / Other / (Items #) 1 | Long / (Med) / Close | | money bag - from Room B |
| 52 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | | money bag - from Room B |
| 53 | Entry / Exit / Other / (Items #) 1 | Long / Med / (Close) | Scale | money bag - from Room B |
| 54 | Entry / Exit / Other / (Items #) 2 | (Long) / Med / Close | | money bag - from Room G closet |
| 55 | Entry / Exit / Other / (Items #) 2 | Long / (Med) / Close | | money bag - from Room G - closet |
| 56 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | | money bag - from Room G - closet |
| 57 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | Scale | money bag - from Room G - closet |
| 58 | Entry / Exit / Other / (Items #) 2 | Long / Med / (Close) | | contents of money bag - Room G - closet |
| 59 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room B - entire closet |
| 60 | (Entry) / Exit / Other / Items # | Long / Med / Close | | Room A Closet |
| 61 | Entry / Exit / (Other) / Items # | Long / Med / Close | | money bag from Item #1 Room B |
| 62 | Entry / Exit / (Other) / Items # | Long / Med / Close | | money bag from Item #1 Room B |
| 63 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room J |
| 64 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room J |
| 65 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room J |
| 66 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room I |
| 67 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room I |
| 68 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room I |
| 69 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room I |
| 70 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room F |
| 71 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room F |
| 72 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Room F |

FD-674a (7-24-2017)  ERT PHOTOGRAPHIC LOG  PAGE 3 OF 4

## GENERAL INFORMATION

DATE: 07/31/2020   CASE ID: 318A-DN-3053281-8A
LOCATION: 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE: Nikon D610   CARD #: 1
PREPARER/PHOTOGRAPHER: FP John Stauder / Lindsay Fryer
REMARKS: Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 73 | Exit | Med | | Room F closet |
| 74 | Exit | Med | | Room F closet |
| 75 | Exit | Med | | Room E |
| 76 | Exit | Med | | Room E |
| 77 | Exit | Med | | Room E |
| 78 | Exit | Med | | Room E |
| 79 | Exit | Med | | Room E |
| 80 | Exit | Med | | Room H |
| 81 | Exit | Med | | Room H |
| 82 | Exit | Med | | Room H |
| 83 | Exit | Med | | Room H |
| 84 | Exit | Med | | Room H |
| 85 | Exit | Med | | Room H closet |
| 86 | Exit | Med | | Room H closet |
| 87 | Exit | Med | | Room H closet |
| 88 | Exit | Med | | Room C |
| 89 | Exit | Med | | Room C |
| 90 | Exit | Med | | Room C |
| 91 | Exit | Med | | Room B |
| 92 | Exit | Med | | Room B |
| 93 | Exit | Med | | Room B |
| 94 | Exit | Med | | Room D |
| 95 | Exit | Med | | Room D |
| 96 | Exit | Med | | Room D |
| 97 | Exit | Med | | Room D |
| 98 | Exit | Med | | Room G |
| 99 | Exit | Med | | Room G |
| 100 | Exit | Med | | Room G |
| 101 | Exit | Med | | Room G |
| 102 | Exit | Med | | Room G closet |
| 103 | Exit | Med | | Room G closet |
| 104 | Exit | Med | | Room G closet |
| 105 | Exit | Med | | warrant and FD-597 |
| 106 | Exit | Med | | Room A |
| 107 | Exit | Med | | Room A |
| 108 | Exit | Med | | Room A |

| | | | PAGE 4 OF 4 |
|---|---|---|---|
| FD-674a (7-24-2017) | | ERT PHOTOGRAPHIC LOG | |

### GENERAL INFORMATION

DATE 07/31/2020    CASE ID 318A-DN-3053281-SM
LOCATION 3222 East First Avenue, Apartment 224, Denver, Colorado 80206
CAMERA TYPE Nikon D610    CARD # 1
PREPARER/PHOTOGRAPHER FP John Stowder / Lindsay Fryer
REMARKS Corrected case ID 318A-DN-3188680

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 109 | Entry / (Exit) / Other / Items # | Long / Med / Close | | Front door |
| 110 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 111 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 112 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 113 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 126 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 127 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 128 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 129 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 130 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 131 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 132 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 133 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 134 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 135 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 136 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 137 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 138 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 139 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 140 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 141 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 142 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 143 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 144 | Entry / Exit / Other / Items # | Long / Med / Close | | |