IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a Kimberley Vertanen,**

    Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLIES TO GOVERNMENT'S RESPONSES TO MOTIONS (ECF 230, 231, 232, 233, 234, 235 AND 236)**

---

    Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, hereby moves this Court for leave to file replies to the responses recently filed by the Government to Defendants' motions. As grounds in support of their motion, Defendants state to the Court as follows:

    1.    The Government has recently filed seven responses in opposition to the defense pre-trial motions.

    2.    The Government filed the following responses: 1) Government's Response in Opposition to Defendants' Motion for a *Franks v. Delaware* Hearing (ECF #233); 2) Government's Response in Opposition to Defendant Kimberley Tew's Motion for the Government to File a James Proffer Regarding Co-Conspirator Statements Admissibility Pursuant to Evidence Rule 801(d)(2)(E) and for a James Hearing (ECF #232); 3) Government's Response in Opposition to Defendants' Motion for Sanctions for Violating Communication Privileges (ECF #234); 4) Government's Response in Opposition to Defendant Kimberley Ann Tew's Motion for Severance (ECF #230); 5) Government's Response in Opposition to Defendants' Motion to Suppress Evidence from Search of 3222 East First Avenue, Apt. 224 (ECF #236); 6) Government's Response in Opposition

to Defendant Michael Tew's Motion for the Government to File a James Proffer Regarding Co-Conspirator Statements Admissibility Pursuant to Evidence Rule 801(d)(2)(E) and for a James Hearing (ECF #231); and 7) Government's Response in Opposition to Defendants' Motion to Suppress the Use of Statements (ECF #235).

3. When the Court granted a motion to continue on May 12, 2022 (ECF #198), the Court set dates for the filing of motions and responses. The Court did not authorize the filing of replies to those responses in that court order.

4. The Government's filed responses contain citations to dozens of cases which they assert support their legal position.

5. The defense wants an opportunity to address the case law cited by the Government.

6. The Government, in some of the responses to motions makes references to factual matters which the defense wishes to address both in writing and at an evidentiary hearing. These include the motions relating to the *Franks v. Delaware* issue the severance motion, the motion for a James Proffer, the motion to suppress statements, and the motion for sanctions for violating communication privileges,

7. Without the ability to reply to the Government's responses, the Court will not have a full and complete development of the facts and law applicable to the issues for decision, including whether evidentiary hearings are needed.

8. To these ends, the defense request leave to file replies to the enumerated responses filed by the Government in this case.

9. Counsel for the defense has conferred with AUSA Bryan Fields who states that "no objection to the replies unless they are raising new factual or legal issues you could have raised in your initial briefs."

WHEREFORE, Defendants Michael A. Tew and Kimberley A. Tew respectfully request leave to file replies to the enumerated Government's response in opposition to their motions. Defense request 14 days to submit their replies because of the number of replies requested.

Respectfully submitted this 15th day of August 2022.

                                        *s/ Peter R. Bornstein*
                                        Peter R. Bornstein
                                        6060 Greenwood Plaza Blvd., Suite 500
                                        Greenwood Village, CO 80111
                                        Telephone: 720-354-4440
                                        Facsimile: 720-287-5674
                                        E-mail: pbornstein@prblegal.com
                                        *Attorney for Defendants Michael A. Tew and Kimberley A. Tew*

## Certification of Type-Volume Limitation

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                        *s/ Peter R. Bornstein*
                                        Peter R. Bornstein

## Statement of Speedy Trial Impact

Pursuant to Judge Domenico's Practice Standard III(C), Defendants Michael A. Tew and Kimberley A. Tew state that this motion will have no effect on the speedy trial clock because the time to resolve pre-trial motions is excluded time.

                                        *s/ Peter R. Bornstein*
                                        Peter R. Bornstein

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of August 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE REPLIES TO GOVERNMENT'S RESPONSES TO MOTIONS (ECF 230, 231, 232, 233, 234, 235 AND 236)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        *s/ Jeannette Wolf*
                                        Jeannette Wolf, Paralegal