**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Criminal Action No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

(1) MICHAEL AARON TEW;
(2) KIMBERLEY ANN TEW a/k/a Kimberley Vertanen; and
(3) JONATHAN K. YIOULOS,

     Defendants.

---

**ORDER REGARDING PRETRIAL DEADLINES
AND PENDING MOTIONS**

---

Upon review of the record including the pending motions, and in view of the upcoming December 2022 trial date and the Court's calendar, I issue the following orders.

It is **ORDERED** that:

1. Defendants' Unopposed Motion for Leave to File Additional Motions (Doc. 213) is **GRANTED**;

2. Any additional pretrial motions must be filed no later than **September 13 2022**, responses to those motions must be filed no later than **September 27, 2022**, and no replies will be permitted without prior leave of the Court; and

3. Prior to filing any discovery motion, counsel for the moving party or a pro se party must confer or make reasonable, good faith efforts to confer with any opposing counsel or pro se party to resolve the dispute(s). If the parties are able to resolve the dispute(s), they may file a

motion titled "Unopposed Motion for _____," and must file the proposed order they wish the Court to enter via CM/ECF and email a copy in editable Word format to Domenico_Chambers@cod.uscourts.gov. If the parties are unable to resolve the dispute(s), the moving party must describe in the motion, or in a certificate attached to the motion, the specific efforts taken to comply with this order to confer and the position of each party at the time the conferral process broke down.

It is **FURTHER ORDERED** that:

4.   Defendants' Unopposed Motion for Leave to File Replies to Government's Responses to Motions (Doc. 240) is **GRANTED**. Defendants may file replies in support of their pending motions (Docs. 214, 215, 216, 218, 219, 220, 221) on or before **August 23, 2022**; and

5.   A Motions Hearing regarding (a) Defendants' Motion to Suppress Evidence (Doc. 200); (b) Defendants' Motion for Sanctions for Violating Communication Privileges (Doc. 214); (c) Defendant Michael Tew's Motion to Suppress the Use of Statements (Doc. 216); (d) Defendant Kimberley Ann Tew's Motion for Severance (Doc. 218), (e) Defendants' Motion to Suppress Evidence from Search of 3222 East First Avenue, Apartment 224 (Doc. 221); and (f) if filed, any additional pretrial motions is **SET** for **10:30 a.m.** on **October 18, 2022** in Courtroom A1002 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294, to the extent I have not issued a ruling on those motions prior to that date.

It is **FURTHER ORDERED** that:

6.   Due to a conflict on the Court's calendar, the eight-day Jury Trial set for December 5, 2022 is **VACATED** and **RESET** to commence at **9:00 a.m.** on **December 12, 2022** in Courtroom A1002 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.

Counsel and pro se parties must be present at 8:30 a.m. on the first day of trial;

7.   Due to a conflict on the Court's calendar, the Trial Preparation Conference set for November 29, 2022 is **VACATED** and **RESET** to **1:30 p.m.** on **November 22, 2022** in Courtroom A1002;

8.   If filed, motions *in limine* are due **fourteen days** before the Trial Preparation Conference. However, motions *in limine* are discouraged when the motion cannot be resolved until evidence is presented at trial; instead, such evidentiary issues can be flagged in a trial brief. Responses to motions *in limine* are due **seven days** before the Trial Preparation Conference, and no replies will be permitted without leave of Court;

9.   The parties must jointly file a single integrated set of proposed jury instructions and verdict forms via CM/ECF **seven days** before the Trial Preparation Conference. The parties should attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms. Each instruction should be numbered, and same-subject disputed instructions should be grouped and numbered together (*e.g.*, "Stipulated Instruction No. 1," "Government's Instruction No. 2," "Defendant's Instruction No. 2"). Each numbered instruction must begin on a new page. Each proposed instruction must identify the source of the instruction and supporting authority. Whenever practicable and appropriate, the parties should use or adapt for use the Criminal Pattern Jury Instructions prepared by the Criminal Pattern Jury Instruction Committee of the United States Court of Appeals for the Tenth Circuit. The pattern instructions and updates can be found online at https://www.ca10.us courts.gov/clerk/downloads/criminal-pattern-jury-instructions. The parties must also email a copy of their proposed instructions and verdict forms in editable Word format to Domenico_Chambers@cod.uscourts.

gov. Proposed verdict forms must be submitted in a separate file from the proposed jury instructions;

10. If filed, trial briefs may not exceed **2,700 words** and must be filed no later than **four business days** before the Trial Preparation Conference. Trial briefs are encouraged, but not required, and a trial brief may not be used as a substitute for a motion;

11. The parties must file their proposed witness lists via CM/ECF **three business days** before the Trial Preparation Conference. Witness list forms can be found at http://www.cod.uscourts.gov/JudicialOfficers/ ActiveArticleIIIJudges/HonDanielDDomenico.aspx;

12. The parties must file their proposed exhibit lists via CM/ECF **three business days** before the Trial Preparation Conference. Exhibit list forms can be found at http://www.cod.uscourts.gov/JudicialOfficers/ ActiveArticleIIIJudges/HonDanielDDomenico.aspx;

13. The parties must file their proposed *voir dire* questions **two business days** before the Trial Preparation Conference; and

14. Pursuant to Local Criminal Rule 11.1(a), any notice of disposition must be filed no later than **fourteen days** before trial, absent an order permitting or directing otherwise. Upon the filing of a notice of disposition, I generally will convert the Trial Preparation Conference to a change-of-plea hearing.

DATED: August 15, 2022          BY THE COURT:

Daniel D. Domenico
United States District Judge