IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a**
   **Kimberley Vertanen,**

    Defendants.

___

**DECLARATION OF KIMBERLEY A. TEW**
___

    Kimberley A. Tew, hereby makes the following declaration:

    1.    I make this declaration in connection with the motion pending before this Court for a Franks v. Delaware hearing.

    2.    In making this declaration, I am relying on the Simmons doctrine that what I say cannot be used at trial to establish my guilt.

    3.    I did not send a text message to Jonathan Yioulos from a Google Voice Number 469-319-0152 on July 1, 2020 or on any other date.

    4.    Jonathan Yioulos blocked my phone number on November 18, 2018.

    5.    I did not use or access the "dark net."

    6.    I had one shared checking account with my husband, Michael Tew, at Navy Federal Credit Union.

    7.    I never threatened Jonathan Yioulos.

    8.    I never accessed fraudulent payments from National Air Cargo in a variety of bank accounts.

9.  On July 29, 2020, I did not mention NAC or any fraud involving NAC.

I declare and certify under penalty of perjury that the foregoing is true and correct. Dated and executed on this __23rd__ day of August 2022.

DECLARANT:

_____
Kimberley A. Tew