IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW a/k/a**
  **Kimberley Vertanen,**

    Defendant.

---

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

---

Defendant, Kimberly A. Tew, by her counsel of record, Peter R. Bornstein, moves this Court for an order authorizing the Defendant to travel out of state to be with her father in Marquette, Michigan.  As grounds in support of her Ms. Tew states to the Court as follows:

    1.    Kimberly A. Tew has been released on an unsecured bond.  (Doc. 190).

    2.    Ms. Tew recently received word that her father. Dennis Vertanen, who has Parkinson's disease suffered a fall and has a traumatic brain injury.  He is recovering in the hospital in Marquette, Michigan.  She requests permission to leave the state of Colorado to be with him and her mother if his condition worsens.

    3.    Assistant United States Attorney Bryan Fields has no objection to this request by the Defendant to leave the jurisdiction for a family purpose.

4. Ms. Tew has reached out to her pre-trial services supervisor, Seth Junker, to notify him with her request. Counsel has drafted an open-ended request to travel upon notice to the Pre-trial services officer which has been sent to Seth Junker.

5. Counsel talked with Mr. Junker regarding the motion that the Court grant an open-ended request to travel upon notice to the Pre-trial services officer of the dates and duration of the trip together with supporting travel documents as requested. Mr. Junker said he has no issue with her request as it is reasonable.

6. There is a condition of the bond that Ms. Tew not talk to witnesses. The U.S. Attorney has informed counsel that he agrees with a modification of the bond condition, that Ms. Tew can talk with her parents so long as they do not discuss the facts of the case.

7. Accordingly, Defendant Kimberley A. Tew requests that this Court enter an order allowing her to travel out of state to Marquette Michigan to be with her father and mother upon notice to the Pre-trial services officer and the submission of travel documents as requested. Additionally, Defendant Kimberley A. Tew requests that the condition of her bond be modified to allow her to talk with her parents so long as she does not discuss the facts of the case.

Respectfully submitted this 15th day of September, 2022.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendant Kimberley Tew*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUT OF STATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
Jeannette Wolf, Paralegal