IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS FOR SUPPRESSION HEARING OF OCTOBER 12, 2022

    The government hereby submits its preliminary list of proposed exhibits. The government notes its objection to any hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) for the reasons set forth in its filing at ECF No. 215. The defendants are only entitled to a hearing if they provide a substantial preliminary showing that agents here made intentionally and knowingly false statements or acted with reckless disregard for the truth. This is an extraordinary allegation and entertaining it without a proper basis is contrary to the law's presumption of good faith.

    The government will seek to admit exhibits 9 -44 only in the event of a *Franks* hearing. Because the issue at a *Franks* hearing is the knowledge of the affiants at the time of the warrant, the government's position is that each is admissible for the non-hearsay effect on the listener (i.e., the affiant using the evidence to craft her affidavit) and not for the truth of any matters asserted.

. . . .

. . . .

1

Respectfully submitted this 6th day of July, 2022.

|  |  |
|---|---|
| By:   */s/ Bryan Fields* <br> Bryan Fields <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Bryan.Fields3@usdoj.gov <br> Attorney for the Government | COLE FINEGAN <br> United States Attorney <br><br> By:   */s/ Al Buchman* <br> Albert Buchman <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Al.Buchman@usdoj.gov <br> Attorney for the Government |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

                                                    By:    */s Bryan Fields*
                                                                 Bryan Fields
                                                                 Assistant United States Attorney
                                                                 U.S. Attorney's Office
                                                                 1801 California St. Suite 1600
                                                                 Denver, CO 80202
                                                                 (303) 454-0100
                                                                 Bryan.Fields3@usdoj.gov
                                                                 Attorney for the Government