**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | |
|---|---|
| Criminal Case No.:  20-cr-00305-DDD | Date:  October 12, 2022 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Julie Thomas |
| Probation Officer:   N/A | Interpreter: N/A |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan D. Fields |
| | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| 1. MICHAEL AARON TEW, and | Peter R. Bornstein |
| 2. KIMBERLY ANN TEW, | |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**9:37 a.m.**     Court in session. Defendants present, on bond.

Appearances of counsel.

Opening remarks by Court.

[218] Defendant Kimberly Ann Tew's Motion for Severance is raised for argument.

9:41 a.m.     Argument by Defendants by Mr. Bornstein.

9:44 a.m.     Argument by Government by Mr. Fields.

10:00 a.m.    Argument by Defendants by Mr. Bornstein.

10:02 a.m.    Argument by Government by Mr. Fields.

10:04 a.m.    Argument by Defendants by Mr. Bornstein.

| | |
|---|---|
| **ORDERED:** | [218] Defendant Kimberly Ann Tew's Motion for Severance is **TAKEN UNDER ADVISMENT.** |
| | Court indicates a written order shall be forthcoming. |
| | [215] Defendants' Motion for Franks Hearing is raised for argument. |
| 10:06 a.m. | Argument by Defendants by Mr. Bornstein. |
| 10:14 a.m. | Argument by Government by Mr. Fields. |
| 10:39 a.m. | Argument by Defendants by Mr. Bornstein. |
| **ORDERED:** | [215] Defendants' Motion for Franks Hearing is **DENIED.** |
| **11:04 a.m.** | Court in recess. |
| **11:22 a.m.** | Court in session. |
| 11:23 a.m. | Government's witness **Anthony Romero** sworn. |
| | Direct examination by Government by Mr. Fields. *Exhibit(s) identified:   6, 8* |

**Exhibit(s) 6 (pages 2-3 only), 8 (pages 34-35 only) RECEIVED.**

| | |
|---|---|
| 11:45 a.m. | Cross examination by Defendants by Mr. Bornstein. *Exhibit(s) identified:   A, B, 8* |

**Exhibit(s) A, B RECEIVED.**

| | |
|---|---|
| 12:24 p.m. | Re-direct examination by Government by Mr. Fields. |
| **12:30 p.m.** | Court in recess. |
| **1:34 p.m.** | Court in session. |
| 1:35 p.m. | Government's witness **Sarah Anderson** sworn. |
| | Direct examination by Government by Mr. Fields. *Exhibit(s) identified:   8* |
| 1:49 p.m. | Cross examination by Defendants by Mr. Bornstein. |

| | |
|---|---|
| 2:26 p.m. | Government's witness **Lisa Palmer** sworn.<br><br>Direct examination by Government by Mr. Fields.<br>***Exhibit(s) identified:***     *6* |
| 2:33 p.m. | Voir dire by Defendants by Mr. Bornstein.<br>***Exhibit(s) identified:***     *6* |
| 2:38 p.m. | Direct examination continues by Government by Mr. Fields.<br>***Exhibit(s) identified:***     *6, 7, 8* |

**Exhibit(s) 6 (entire exhibit), 7, 8 (entire exhibit) RECEIVED.**

| | |
|---|---|
| 2:48 p.m. | Cross examination by Defendants by Mr. Bornstein.<br>***Exhibit(s) identified:***     *8* |
| 3:02 p.m. | Re-direct examination by Government by Mr. Fields.<br>***Exhibit(s) identified:***     *5* |
| 3:06 p.m. | Government rests. |
| **3:06 p.m.** | Court in recess. |
| **3:21 p.m.** | Court in session.<br><br>[221] Defendants' Motion to Suppress Evidence from Search of 3222 East First Avenue, Apartment 224 and [216] Defendants' Motion to Suppress the Use of Statements are raised for argument. |
| 3:21 p.m. | Argument by Government by Mr. Fields. |
| 3:26 p.m. | Argument by Defendants by Mr. Bornstein. |
| 3:35 p.m. | Argument by Government by Mr. Fields. |
| 3:41 p.m. | Argument by Defendants by Mr. Bornstein. |
| **ORDERED:** | [221] Defendants' Motion to Suppress Evidence from Search of 3222 East First Avenue, Apartment 224 is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | [216] Defendants' Motion to Suppress the Use of Statements is **TAKEN UNDER ADVISEMENT.**<br><br>[200] Defendants' Motion is raised for argument. |
| 3:53 p.m. | Argument by Defendants by Mr. Bornstein. |

| | |
|---|---|
| 4:06 p.m. | Argument by Government by Mr. Fields. |
| 4:19 p.m. | Argument by Defendants by Mr. Bornstein. |
| 4:26 p.m. | Argument by Government by Mr. Fields. |

**ORDERED:** [200] Defendants' Motion is **TAKEN UNDER ADVISEMENT.**

[214] Defendants' Motion for Sanctions for Violating Communication Privileges is raised for argument.

| | |
|---|---|
| 4:29 p.m. | Argument by Defendants by Mr. Bornstein. |
| 4:41 p.m. | Argument by Government by Mr. Fields. |

**ORDERED:** [214] Defendants' Motion for Sanctions for Violating Communication Privileges is **TAKEN UNDER ADVISEMENT.**

[219] Defendant Michael Aaron Tew's Motion for James Hearing and for Government to File a James Proffer and [220] Defendant Kimberly Ann Tew's Motion for James Hearing and for Government to File James Proffer are raised for argument.

| | |
|---|---|
| 4:49 p.m. | Argument by Government by Mr. Fields. |
| 4:52 p.m. | Argument by Defendants by Mr. Bornstein. |

**ORDERED:** [219] Defendant Michael Aaron Tew's Motion for James Hearing and for Government to File a James Proffer is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [220] Defendant Kimberly Ann Tew's Motion for James Hearing and for Government to File James Proffer is **TAKEN UNDER ADVISEMENT.**

Court indicates that written orders shall be forthcoming.

**ORDERED:** Bond is **CONTINUED AS TO BOTH DEFENDANTS.**

**4:59 p.m.** Court in recess. <u>Hearing concluded. Total time:   5:45</u>

**<u>CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.</u>**