IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No. 20-cr-00305-DDD          Date: October 12, 2022

Case Title: United States of America v. Michael Aaron Tew et al.

PLAINTIFF WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| TONY ROMERO (Anthony) | (1) October 12, 2022 30 minutes (Direct) — 11:23am |
| LISA PALMER | (3) October 12, 2022 90 minutes (Direct) — 2:26pm |
| SARAH ANDERSON | (2) October 12, 2022 60 minutes (Direct) — 1:35pm |