IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a Kimberley Vertanen,**

    Defendants.

---

## MOTION TO RESTRICT

---

Defendants, Michael A. Tew and Kimberley A. Tew, by their counsel of record, Peter R. Bornstein, move this Court for an order permitting them to file their *Ex Parte Motion for Order to Serve Subpoena to Produce* as Restricted Level 3:

1. Pursuant to D.C.COLO.LCrR 47.1(c), Defendants request an Order restricting to Level 3 their *ex parte* motion seeking an order authorizing a subpoena to produce documents, information, or objects in a criminal case in the above captioned case.

2. A brief in support of this motion for restriction is filed contemporaneously herewith.

Respectfully submitted this 15th day of November 2022.

                                              */s/ Peter R. Bornstein*
                                              Peter R. Bornstein
                                              6060 Greenwood Plaza Blvd., Suite 500
                                              Greenwood Village, CO 80111
                                              Telephone: 720-354-4440
                                              Facsimile: 720-287-5674
                                              E-mail: pbornstein@prblegal.com
                                              *Attorney for Defendants Michael Tew and Kimberley Tew*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Peter R. Bornstein*
Peter R. Bornstein

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2022, I electronically filed the foregoing **MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jeannette Wolf*
Jeannette Wolf, Paralegal
