IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00305-DDD

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1. MICHAEL AARON TEW; and**

**2. KIMBERLEY ANN TEW a/k/a**
   **Kimberley Vertanen,**

Defendants.

---

## MOTION TO RESTRICT

---

Defendants, Michael A. Tew and Kimberley A. Tew by Peter R. Bornstein, move this Court for an order permitting them to file their *Financial Affidavits* Restricted Level 3. Pursuant to the minute orders entered on December 9, 2022 and D.C.COLO.LCrR 47.1(c), Defendants request an Order restricting to Level 3 their *Financial Affidavits*.

Respectfully submitted this 13th day of December 2022.

*/s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Peter R. Bornstein
Peter R. Bornstein

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2022, I electronically filed the foregoing **MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Peter R. Bornstein
Attorney

2