IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## Unopposed Motion to Permit Out-of-State Travel

David S. Kaplan of the law firm Stimson LaBranche Hubbard, LLC submits this *Unopposed Motion to Permit Out-of-State Travel and* states the following:

1. An Indictment was filed on February 3, 2021 charging Ms. Tew in the above captioned case (Doc. #83).

2. Ms. Tew was granted pretrial release on February 10, 2021. A condition of release is that she is not to travel outside of Colorado without permission of the court. Ms. Tew has been in compliance with the terms and conditions ordered by Magistrate Judge Mix (Doc. #99) and the terms and conditions as modified by subsequent court orders (Docs. #138 and #190).

3. Ms. Tew requests permission to travel with her husband, Michael Tew and their two children, to attend a memorial service for her father, Mr. Dennis Vertanen, at the Department of Veteran's Affairs in Marquette, Michigan on Tuesday, June 20, 2023. The proposed itinerary is to fly commercially from Denver, Colorado to either Milwaukee, WI, or directly to Michigan, then driving to their ultimate destination. The

dates of their travel will be on or about June 17, 2023 to on or about June 22, 2023. They intend to reside either with family or at a hotel in Marquette, Michigan. Once completed, a copy of their itinerary will be provided to their supervising officer, U.S.P.O Carlos Morales. Mr. Tew was granted permission to travel by order of the court dated June 7, 2023 (Doc. #330).

4. A.U.S.A. Bryan Fields has been contacted concerning this request and has indicated no objection to it being granted.

Dated: June 16, 2023.

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: kaplan@slhlegal.com

*Attorney for Kimberley Ann Tew*

**Certificate of Service**

I certify that on June 16, 2023, I electronically filed the foregoing *Unopposed Motion to Permit Out-of-State Travel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Albert Buchman
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
al.buchman@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez

3