**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Jamie Hubbard of the law firm Stimson LaBranche Hubbard, LLC, hereby enters her appearance as Criminal Justice Act counsel on behalf of Defendant Kimberley Ann Tew in the above-captioned matter. Pursuant to D.C.COLO.L.AttyR. 5(a)(3)(C), undersigned counsel certifies that she is a member in good standing of the bar of this court.

Dated: December 20, 2023.

                                                 Respectfully submitted,

                                                 *s/ Jamie Hubbard*
                                                 Jamie Hubbard
                                                 STIMSON LABRANCHE HUBBARD, LLC
                                                 1652 Downing Street
                                                 Denver, CO 80218
                                                 Phone: 720.689.8909
                                                 Email:  hubbard@slhlegal.com

                                                 *Attorney for Kimberley Ann Tew*

**Certificate of Service**

I certify that on December 20, 2023, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez