IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 1:20-cr-00305-DDD | Date: December 18, 2023 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Tammy Hoffschildt |
| Probation Officer: N/A | |

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW, and
2. KIMBERLEY ANN TEW,

    Defendants.

*Counsel:*

Bryan D. Fields
Sarah H. Weiss

Jason D. Schall
David S. Kaplan

## COURTROOM MINUTES

**JAMES HEARING**

**9:37 a.m.**   Court in session. Defendants present, on bond.

        Appearances of counsel.

        Court's opening remarks.

9:42 a.m.   Discussion regarding protocol for this hearing.

| | |
|---|---|
| 9:48 a.m. | Government's witness **Lisa Ann Palmer** sworn. |
| | Direct examination by Government by Mr. Fields.<br>*Exhibit(s) identified:* 600, 606, 633, 636, 659, 679, 685, 693, 707, 708, 756, 303, 515, 606, 601, 602, 605, 609, 614, 612, 614, 621, 623, 625, 628, 639, 640, 645, 646, 662, 665, 670, 673, 676, 678, 681, 682, 689, 690, 907, 708, 619, 628, 636, 635, 718, 717, 885, 901, 847, 46, 803, 847, 884, 886, 901, 898, 225, 776, 792, 797, 798, 809, 810, 819, 824, 834, 835, 836, 846, 847, 850, 852, 855, 859, 868, 870, 871, 872, 920, 923, 924, 505, 878, 647, 1004, 804, 752 |
| **11:08 a.m.** | **Court in recess.** |
| **11:20 a.m.** | **Court in session.** |
| | Government's witness **Lisa Ann Palmer** resumes. |
| 11:20 a.m. | Direct examination by Government continues by Mr. Fields.<br>*Exhibit(s) identified:* 829, 673, 968, 971, 972, 973, 522, 760, 938, 971, 975, 988, 976 |
| 11:44 a.m. | Cross examination by Defendant Michael Aaron Tew by Mr. Schall. |
| 12:19 p.m. | Cross examination by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 12:29 p.m. | Re-direct examination by Government by Mr. Fields.<br>*Exhibit(s) identified:* 613, 809, 1115 |
| **12:35 p.m.** | **Court in recess.** |
| **1:12 p.m.** | **Court in session.** |
| 1:12 p.m. | Government rests. |
| 1:13 p.m. | Argument by Government by Mr. Fields. |
| 1:47 p.m. | Argument by Defendant Michael Aaron Tew by Mr. Schall. |
| 1:54 p.m. | Argument by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| **ORDERED:** | James Proffer is **TAKEN UNDER ADVISEMENT.** |
| | Government's Motion in Limine is raised for argument. |

| | |
|---|---|
| 1:57 p.m. | Argument by Defendant Michael Aaron Tew by Mr. Schall. |
| 1:58 p.m. | Argument by Defendant Kimberley Ann Tew by Mr. Kaplan. |
| 1:59 p.m. | Argument by Government by Mr. Fields. |
| **ORDERED:** | [344] Government's Motion in Limine for Ruling that Certain Exhibits are Authentic and Covered by Business-Records Exception to the Hearsay Rule (ECF No. 344) is **DEFERRED.** |
| **ORDERED:** | Defendants shall file responses to [344] Government's Motion in Limine for Ruling that Certain Exhibits are Authentic and Covered by Business-Records Exception to the Hearsay Rule not later than **Friday, December 22, 2023.** |
| | [348] Defendant's Motion in Limine for Preliminary Ruling on Defendant Michael Tew's Post-Trial Release is raised for argument. |
| 2:03 p.m. | Argument by Defendant Michael Aaron Tew by Mr. Schall. |
| **ORDERED:** | [348] Defendant's Motion in Limine for Preliminary Ruling on Defendant Michael Tew's Post-Trial Release is **DEFERRED.** |
| | Court's closing remarks to counsel and parties. |
| **ORDERED:** | Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew. |
| **2:09 p.m.** | **Court in recess. Hearing concluded. Total time:   3:43** |