# EXHIBIT 2

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 20-0660

Company Name:     ATLANTIC UNION BANK

I, WILLIAM VAUGHAN , declare that I am/was employed by ATLANTIC UNION BANK and am/was a duly authorized custodian of records or am otherwise qualified to speak about these records produced in response to the subpoena referenced above. These records are further described as: (Please describe records with as much specificity as possible below or on an attached sheet.)

STATEMENTS

CHECKS

DEPOSITS

SIGNATURE CARDS

RESOLUTIONS

WIRES

LOAN PAPERWORK

I am familiar with the mode of preparation of these records. I certify that these records are true copies of records of the entity listed above and that these records were:

A. Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from information transmitted by--a person with knowledge;

B. Kept in the course of the entity's regularly conducted activity; and

C. Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

WILLIAM VAUGHAN
_____
Printed name

Date:      7-27-20
_____