# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW, and
2. KIMBERLY ANN TEW, a/k/a Kimberly Vertanen,

    Defendants.

## DECLARATION OF JULIE A. ROLAND PURSUANT TO 28 U.S.C.§ 1746

1. I am an employee of Atlantic Union Bank ("AUB") and have personal knowledge of the facts in this Declaration. AUB is a Virginia-chartered bank that does not conduct business or maintain offices or facilities in the State of Colorado.

2. The team at AUB responsible for researching records for production in response to subpoenas *duces tecum* (the "Regulatory Processing-Subpoenas" team) consists of four individuals. Of those four individuals, two are supervisors with experience serving as witnesses for records-authentication purposes (among other numerous responsibilities).

3. All members of the Regulatory Processing-Subpoenas team work and reside in the Commonwealth of Virginia.

4. AUB receives, on average, more than 10 subpoenas per week, which are handled by the Regulatory Processing-Subpoenas team.

5. For one of the two supervisor witnesses to travel to Denver, Colorado for a court appearance in this matter would require that supervisor to be away from work for at least two full days, likely three, based on the length of time it takes to travel from Richmond, Virginia to Denver, Colorado.

6. Such an absence will cause significant burden to AUB's Regulatory Processing-Subpoenas team.

    I verify under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2024.

                                                                       *s/ Julie A. Roland*