IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

Defendants.

---

## PARTIES' PROPOSED VERDICT FORM

---

On behalf of the parties, the United States submits the attached proposed verdict form.

Respectfully submitted this 24th day of January, 2024, on behalf of all parties.

Respectfully submitted this 24th day of January, 2024, on behalf of all the parties:

                                        COLE FINEGAN
                                        United States Attorney

By:   */s/ Bryan Fields*                By:   */s/ Sarah H. Weiss*
Bryan Fields                            Sarah H. Weiss
Assistant United States Attorney        Assistant United States Attorney
U.S. Attorney's Office                  U.S. Attorney's Office
1801 California St. Suite 1600          1801 California St. Suite 1600
Denver, CO 80202                        Denver, CO 80202
(303) 454-0100                          (303) 454-0100
Bryan.Fields3@usdoj.gov                 Sarah.Weiss@usdoj.gov
Attorney for the Government             Attorney for the Government


By:   */s/ Jason D. Schall*             By:   */s/ Kristen M. Frost*
Jason D. Schall                         Kristen M. Frost
Bowlin & Schall LLC                     Ridley, McGreevy Winocur, P.C.
7350 E Progress Pl Ste 100             303 16th Street, Suite 200
Greenwood Village, CO 80111             Denver, CO 80202
(720) 505-3861                          (303) 629-9700
jason@bowsch.com                        frost@ridleylaw.com
Counsel for Defendant Michael Tew       Counsel for Defendant Michael Tew


By:   */s/ David S. Kaplan*             By:   */s/ Jamie Hubbard*
David S. Kaplan                         Jamie Hubbard
Stimson LaBranche Hubbard, LLC          Stimson LaBranche Hubbard, LLC
1652 Downing Street                     1652 Downing Street
Denver, CO 80218                        Denver, CO 80218
(720) 689-8909                          (720) 689-8909
kaplan@slhlegal.com                     hubbard@ slhlegal.com
Counsel for Defendant Kimberley Ann     Counsel for Defendant Kimberley Ann
Tew                                     Tew

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record in this case.

<u>s/ *Sarah H. Weiss*</u>
Sarah H. Weiss
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
sarah.weiss@usdoj.gov