1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2
Criminal Action No. 20-CR-00152-PAB
3
UNITED STATES OF AMERICA,
4
        Plaintiff,
5
vs.
6
JAYSON JEFFREY PENN,
7 MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
8 ROGER BORN AUSTIN,
TIMOTHY R. MULRENIN,
9 WILLIAM VINCENT KANTOLA,
JIMMIE LEE LITTLE,
10 WILLIAM WADE LOVETTE,
GAR BRIAN ROBERTS,
11 RICKIE PATTERSON BLAKE,

12        Defendants

13 _____

                   REPORTER'S TRANSCRIPT
14                 Trial to Jury, Vol. 20

15 _____

16          Proceedings before the HONORABLE PHILIP A. BRIMMER,

17 Chief Judge, United States District Court for the District of

18 Colorado, commencing at 8:01 a.m., on the 23rd day of November,

19 2021, in Courtroom A201, United States Courthouse, Denver,

20 Colorado.

21

22

23

24  Proceeding Recorded by Mechanical Stenography, Transcription
    Produced via Computer by Janet M. Coppock, 901 19th Street,
25      Room A257, Denver, Colorado, 80294, (303) 335-2106


                                              EXHIBIT B

Rachel Evans - Direct

1   *Q.*  Did you review a phone record containing a call from

2   Defendant Bill Kantola that same afternoon -- or morning, I

3   apologize.

4   *A.*  Yes.

5   *Q.*  All right.  And who was that to?

6   *A.*  It was to Scott Brady, Claxton.

7   *Q.*  All right.

8          *MR. FAGG:*  Your Honor, may we be heard on said bar?

9          *THE COURT:*  Yes, you may.

10      (At the bench:)

11          *THE COURT:*  Mr. Fagg, go ahead.

12          *MR. FAGG:*  Your Honor, we object to the witness simply

13   reading all of these e-mails into the record.  As she is

14   reading them, she is giving the appearance to the jury it's

15   some sort of endorsement that what they say is true and we

16   don't think it's appropriate for this summary witness to be

17   doing.

18          *THE COURT:*  Ms. Call, response?

19          *MS. CALL:*  Your Honor, Ms. Evans is simply reading

20   portions of documents.  I have not heard her giving any

21   inflection.  And as to the truth, I believe all she stated is

22   she confirmed that the words in those e-mails are accurate, so

23   I don't believe there is any sort of vouching, for lack of a

24   better word, she is giving to words in the documents.

25          *THE COURT:*  I am going to sustain the objection.

EXHIBIT B

Rachel Evans - Direct

1   There is no reason that she needs to read things.  She simply

2   is vouching for the accuracy of the entirety of it, so by

3   bringing out particular portions of it and in particular have

4   her read it goes beyond really what her purpose of being called

5   is, beyond what her duties were.  She is not necessarily --

6   it's just inappropriate for this particular witness with no

7   knowledge other than having confirmed things.  So I will

8   sustain that.

9           MS. CALL:  Would Your Honor find it appropriate for

10  her to just identify that there was an e-mail at that time and

11  then she did review phone records following a given e-mail?

12          THE COURT:  Well, once again, given the fact that she

13  has testified and has checked the entirety of the exhibit, to

14  highlight particular things unless there was some --

15  particularly, you know, for instance, with an earlier exhibit

16  she testified about how she filled in time zone information,

17  that type of thing, that's perfectly appropriate and there is

18  no problem with that.  But to pick out an otherwise ordinary

19  looking line and then have her testify about that particular

20  line, it's emphasizing it to the jury and that's not her

21  particular role and that's not what her assignment was.

22          MS. CALL:  Yes, Your Honor.  And, of course, it's a

23  little more unusual here that we will not be offering these

24  exhibits into evidence until the defendants have an opportunity

25  to cross-examine Ms. Evans, but I would like the jury to have

EXHIBIT B

Rachel Evans - Direct

1    the ability to view these summaries.  Would it be appropriate

2    to have them do that now and, you know, have Ms. Evans sit

3    there while they review them or should we wait until after

4    cross-examination for that?

5         THE COURT:  Well, I think they are being displayed to

6    the jury right now and that can take place now.  Once again, I

7    wouldn't want you to dwell on it, but -- and I wouldn't want to

8    take too much time because there will be cross-examination, but

9    just to reiterate, she can be asked about relevant aspects of

10   them, but not ordinary entries just for what would appear to be

11   the sake of calling it to the jury's attention.

12        MR. TUBACH:  Your Honor, Michael Tubach.  I think if

13   we are going to display all of these charts to the jury now,

14   this is probably 40 pages of documents, multiple entries, this

15   is going to take hours to do.  I don't know if that's what the

16   government is intending to do, but I think that is not an

17   appropriate use of this chart.

18        THE COURT:  Maybe you can display pages you want to

19   call her attention to because she needs to explain something.

20   After cross-examination maybe once they have been admitted, it

21   may be an appropriate time to let the jury view them, all

22   right?

23        MS. CALL:  All right.  Thank you, Your Honor.

24     (In open court:)

25        THE COURT:  Go ahead, Ms. Call.

EXHIBIT B