IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW, and**
2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S LIST OF 902(11) & 902(13) DECLARATIONS

Pursuant to the Court's Orders on the government's Motion in Limine; Atlantic Unions Motion to Quash, and the Government's Response to the same (ECF Nos. 367, 344, 363, and 367, respectively), the government provides the following list of all custodial declaration, pursuant to Fed. Rs. Evid. 902(11) and 902(13), that it intends to use to authenticate trial exhibits of non-hearsay business records.

The proposed declarations are attached (in the cumulative), as Exhibit 1 to this filing.[1] The most recent version of the government's anticipated Exhibit List for trial is attached as Exhibit 2 to this filing.[2]

---

[1] Certain certifications have been redacted for public filing when they mention private, identifying information regarding individuals who are not on trial. The defense has received unredacted versions, which will be used at trial.

[2] A final version of the government's Exhibit List will be filed on Friday, January 26, 2024. *See* ECF Nos. 241 & 317 (Orders setting pretrial and motions deadlines).

1

|  | Custodian Name[3] | Exhibit Nos. & Corresponding Bates No. | Type of Record |
|---|---|---|---|
| 1. | **Access National Bank**** | ** 1135 (ACNB_00001) | Bank Records |
| 2. | **American Express*** | * 1129 (AMEX_00001) | Account Records |
| 3. | **Apple** | 1115 (SW_FIL_342321-22)<br>1140 (ORD_15053-54) | Subscriber Information & Other Messaging-Service Related Records |
| 4. | **ANB Bank** | 1101 (ANB_00002)<br>1102 (ANB_00035) | Bank Records |
| 5. | **Atlantic Union Bank** | 1100 (ACNB_00101) | Bank Records |
| 6. | **AT&T** | 1127 (ORD_20003-04) | Subscriber Information & Other Messaging-Service Related Records |
| 7. | **BBVA** | 1103 (BBVA_00002)<br>1104 (BBVA_00280) | Bank Records |
| 8. | **Coinbase**** | ** 1136 (COIN_00076)<br>** 1137 (COIN_00077)<br>** 1138 (COIN_00078) | Account Records |
| 9. | **GoDaddy** | 1108 (ORD_19742) | Account Records |

---

[3] Custodians marked with a star provided declarations subsequent to the James Hearing. Custodians marked with two stars provided declarations subsequent to the Court's Order on January 19, 2014 (ECF No. 367), or were inadvertently left off of the previous lists. All declarations have been provided to the defense in discovery.

|  | Custodian Name[3] | Exhibit Nos. & Corresponding Bates No. | Type of Record |
|---|---|---|---|
| 10. | **Google**** | 1109 (ORD_17711) <br> 1114 (SW_FIL_00094-99) <br> 1116 (SW_FIL_11402-07) <br> 1117 (SW_FIL_11557-61) <br> 1122 (ORD_19955-61) <br> 1123 (ORD_19962-76) <br> 1124 (ORD_19977-91) <br> 1125 (ORD_19992-96) <br> 1126 (ORD_19997-20002) <br> ** 1141 (GPAY_00097-00106) | Subscriber Information & Other Messaging-Service Related Records |
| 11. | **Guaranty Bank & Trust Company** | 1105 (GUAR_00001) | Bank Records |
| 12. | **Kraken** | 1106 (KRKN_00001) | Know Your Customer, Account, & Transaction Records |
| 13. | **McDonald Automotive Group (Audi)*** | 1131 (AUDI_00042) | Account & Transaction Records |
| 14. | **National Air** Cargo** | 1130 (NAC_E_204515-16) <br> 1134 (NAC_00978-79) | Email Records & Business Records |
| 15. | **Navy Federal Credit Union**** | 1107 (NAVY_00002-03) <br> 1128 (NAVY_02211-12) <br> ** 1139 (NAVY_02217) | Bank Records |
| 16. | **Red Leaf (Digital Mint)**** | ** 1132 (DGMT_00001) <br> ** 1133 (DGMT_00814) |  |
| 17. | **Regions Bank** | 1111 (REG_00001) | Bank Records |

|     | Custodian Name[3] | Exhibit Nos. & Corresponding Bates No. | Type of Record |
| --- | --- | --- | --- |
| 18. | **Simple Finance Technology Corp.** | 1112 (SFT_00001) | Account Records |
| 19. | **Signature Bank** | 1113 (SIG_0678) | Bank Records |
| 20. | **Vcorp** | 1118 (VCORP_00001) | Account Records & Emails |
| 21. | **Verizon** | 1110 (ORD_19935) | Subscriber Information & Other Messaging-Service Related Records |
| 22. | **Wells Fargo Bank** | 1119 (WFB_00144-46)<br>1120 (WFB_01054-58) | Bank Records |
| 23. | **Wynn Las Vegas** | 1121 (WYNN_00002) | Account & Business Records |

COLE FINEGAN
United States Attorney

By:   */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:   */s/ Sarah H. Weiss*
Sarah H. Weiss
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Sarah.Weiss@usdoj.gov
Attorney for the Government

4

5

**Certification of Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ *Sarah H. Weiss*
Sarah H. Weiss

**Statement of Speedy Trial Impact**

Pursuant to Judge Domenico's Practice Standard III(C), the government notes that this filing will not affect the speedy trial clock in this case because any resolution of it will be within the already-granted ends-of-justice continuances granted on March 17, 2023. ECF Nos. 317 and 318.

/s/ *Sarah H. Weiss*
Sarah H. Weiss

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record in this case.

                                                  s/ *Sarah H. Weiss*
                                                  Sarah H. Weiss
                                                  Assistant U.S. Attorney
                                                  1801 California Street, Suite 1600
                                                  Denver, CO 80202
                                                  Telephone 303-454-0100
                                                  Facsimile 303-454-0402
                                                  Sarah.Weiss@usdoj.gov