IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
   a/ka Kimberley Vertanen,

      Defendants.

## GOVERNMENT'S (AMENDED) LIST OF PROPOSED EXHIBITS

The government hereby submits an amended version of its preliminary list of proposed exhibits. The government respectfully reserves its right, within reasonable notice depending on the circumstances, to add additional exhibits as it continues preparing for trial.

Respectfully submitted this 25th day of January, 2024.

                              COLE FINEGAN
                              United States Attorney

| | |
|---|---|
| By:   */s/ Bryan Fields* | By:   */s/ Sarah H. Weiss* |
| Bryan Fields | Sarah H. Weiss |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Sarah.Weiss@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

Case No. 1:20-cr-00305-DDD   Document 386   filed 01/25/24   USDC Colorado   pg 2 of 4

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                                              By:    */s Bryan Fields*
                                                                        Bryan Fields
                                                                        Assistant United States Attorney
                                                                        U.S. Attorney's Office
                                                                        1801 California St. Suite 1600
                                                                        Denver, CO 80202
                                                                        (303) 454-0100
                                                                        Bryan.Fields3@usdoj.gov
                                                                        Attorney for the Government

1