IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## KIMBERLEY TEW'S PROPOSED *VOIR DIRE* QUESTIONS

Kimberley Tew submits the following *voir dire* questions for trial:

1. The defendants are charged with a criminal offense. The government has the burden to prove each of the crimes charged beyond a reasonable doubt. Can you hold the government to this standard?

2. The defendants have a constitutional right to remain silent. That means they may not testify in this case. As a juror, the law demands that you not hold their silence against them. Can you follow this law?

3. Have you or anyone in your family ever owned your own business? If so, what kind of business? What was your role in the business?

4. Do you have any family members employed in a bank or other financial institution? Please explain.

5. Have you or a family member ever been the victim of a crime? Please explain.

6. Have you or a family member ever been the victim of a "scam?" Please explain.

7. What is your general opinion on the federal government? Federal law enforcement agents? Federal tax authorities and the IRS?

8. Have you had any interactions with law enforcement? Were those interactions good or bad? Please explain.

9. Have you or anyone in your family ever worked for the federal government? As a regular employee or a contractor? If so, in what capacity?

10. How do you feel about the concept that someone can get a better plea bargain or sentence if they testify against another person in court?

11. The government intends to call numerous witnesses in this case. What impact will the number of witnesses have on your decision?

12. If part of the government's presentation includes voluminous documents and communications, how will the volume of the documents and communications impact your deliberations? Will you be able to look critically at the evidence presented and hold the government to its burden of proof?

13. Are you or any of your family members involved with cryptocurrencies? Please explain.

14. Do you have any opinions about cryptocurrency and/or those who are involved with cryptocurrency? How might those opinions affect your ability to serve as a juror in this case?

15. What are your general feelings about gambling and those who gamble? If you hear testimony that one of the defendants is involved with gambling, how might that impact your ability to be fair?

16. Describe your views on the division of responsibilities inside a marriage, specifically with respect to sharing of information with your spouse, managing family finances, and managing electronic devices/accounts/storage systems.

17. Describe your familiarity with cloud-based data storage systems (e.g., iCloud accounts). Do you have any experience with cloud-based data storage systems that could impact your service on this jury?

18. Describe your experience with electronic mail and "spoofed" email addresses. How do you know whether the name assigned to an email address reflects the person behind the email address? What hallmarks do you look for in helping you evaluate the situation? Do you have any experience with "spoofed" email accounts that could impact your jury service?

19. There are two defendants in this case. The government must prove the case against each defendant separately. Each defendant is presumed innocent and you must return a separate verdict for each defendant. Can you agree to follow the law and require that the government prove beyond a reasonable doubt that each defendant is guilty?

20. Defendants Michael Tew and Kimberley are married. How might this impact your service on the jury and your ability to be fair to both defendants?

21. The government has brought multiple charges against each defendant in this case. You must consider separately the evidence that applies to each charge and return a separate verdict on each charge. What impact will the number of charges have on your decision?

Dated: January 26, 2024.

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: hubbard@slhlegal.com
kaplan@slhlegal.com

*Attorneys for Kimberley Ann Tew*

4

**Certificate of Service**

  I certify that on January 26, 2024, I electronically filed the foregoing *Kimberley Tew's Proposed Voir Dire Questions* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

                *s/ Brenda Rodriguez*
                Brenda Rodriguez

5