I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
<small>FOR THE</small> D<small>ISTRICT OF</small> C<small>OLORADO</small>

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

## MOTION TO FILE REPLY IN SUPPORT OF MOTION IN LIMINE

Kimberley Tew, through counsel, seeks leave to file a reply in support of her Motion in Limine re Admissibility of Proffer Statements ("Motion"). (ECF No. 373.) The Government's response argues Ms. Tew has failed to make certain arguments and/or waived arguments. Ms. Tew disagrees with the Government's position and requests leave to file the attached reply brief to avoid any confusion in advance of Tuesday's trial preparation conference.

The Government opposes the relief requested.

Dated: January 29, 2024.

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
David S. Kaplan
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: hubbard@slhlegal.com
kaplan@slhlegal.com

*Attorneys for Kimberley Ann Tew*

### Certificate of Service

I certify that on January 29, 2024, I electronically filed the foregoing *Motion to File Reply in Support of Motion in Limine* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all parties of record:

Bryan Fields
Sarah Weiss
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
bryan.fields3@usdoj.gov
sarah.weiss@usdoj.gov

Jason D. Schall
7350 E. Progress Place, Suite 100
Greenwood Village, CO 80111
jason@bowsch.com

Kristen M. Frost
Ridley McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, CO 80202
frost@ridleylaw.com

*Counsel for Michael Tew*

                                                            *s/ Brenda Rodriguez*
                                                            Brenda Rodriguez