IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00305-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MICHAEL AARON TEW** and
2. **KIMBERLEY ANN TEW**,
   a/ka Kimberley Vertanen,

    Defendants.

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

The government hereby submits its final list of proposed witnesses, along with estimates of the length of their testimony on direct examination. The government intends to call them in the order listed, with leave to vary as trial demands dictate. The government has consulted with defense counsel, who provided the listed estimates for the length of cross-examination.

    Respectfully submitted this 2nd day of February, 2024.

                                          COLE FINEGAN
                                          United States Attorney

| By: | */s/ Bryan Fields* | By: | */s/ Sarah H. Weiss* |
|---|---|---|---|
| | Bryan Fields | | Sarah H. Weiss |
| | Assistant United States Attorney | | Assistant United States Attorney |
| | U.S. Attorney's Office | | U.S. Attorney's Office |
| | 1801 California St. Suite 1600 | | 1801 California St. Suite 1600 |
| | Denver, CO 80202 | | Denver, CO 80202 |
| | (303) 454-0100 | | (303) 454-0100 |

| | |
|---|---|
| Bryan.Fields3@usdoj.gov | Sarah.Weiss@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

By: */s Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government