# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No.    <u>20-cr-305-DDD</u>      Date:    <u>February 5, 2024</u>

Case Title:    <u>United States v. Michael Tew et al</u>.

<u>   GOVERNMENT'S   </u> WITNESS LIST
(**Plaintiff**/Defendant)

| <u>WITNESS</u> | | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|---|
| Jonathan Yioulos | 330 | Feb. 5-6 - 330 minutes (direct); 170 minutes (cross |
| Raeesa Telly | 45 | Feb. 7 - 45 minutes (direct); 20 minutes (cross) |
| Hannah Scaife | 45 | Feb. 7 - 45 minutes (direct); 60 minutes (cross) |
| Brittney Perry | 30 | Feb. 7 – 30 minutes (direct); 20 minutes (cross) |
| Abby Schwartz | 120 | Feb 7 - 120 minutes (direct); 60 minutes (cross) |
| Kimberly Burkhalter Townsley (Regions Bank) | 15 | Feb. 7 - 15 minutes (direct); 20 minutes (cross) |
| Patricia Townsend (NFCU) | 15 | Feb. 7 - 15 minutes (direct); 20 minutes (cross) |
| Flagstar Bank / FIS Representative | 15 | Feb. 7 - 15 minutes (direct); 20 minutes (cross) |
| Sarah Anderson | 30 | Feb. 8 - 30 minutes (direct); 30 minutes (cross) |
| Joe Ridenour (BBVA / PNC Bank) | 15 | Feb. 8 - 15 minutes (direct); 20 minutes (cross) |

| | | |
|---|---|---|
| Chris Alf | 30 | Feb. 8 - 30 minutes (direct); 25 minutes (cross) |
| Michael Meyers | 75 | Feb. 8 - 75 minutes (direct); 40 minutes (cross) |
| Roman Hernandez | 30 | Feb. 8 - 30 minutes (direct); 20 minutes (cross) |
| Julie Mussack (Wells Fargo Bank) | 15 | Feb. 8 - 15 minutes (direct); 20 minutes (cross) |
| Jerry Plumley (ANB Bank) | 15 | Feb. 8 - 15 minutes(direct); 20 minutes (cross) |
| Nicholas Hanggi | 30 | Feb. 8 - 30 minutes (direct); 45 minutes (cross) |
| Matthew Vanderveer | 30 | Feb. 9 - 30 minutes(direct); 40 minutes (cross) |
| Matthew Morgan | 60 | Feb. 9 - 60 minutes (direct); 40 minutes (cross) |
| Lisa Palmer | 210 | Feb. 9 & 12 - 210 minutes (direct); 90 minutes (cross) |