# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | | | |
|---|---|---|---|
| Date: | February 5, 2024 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter: | Tammy Hoffschildt | | |

Criminal Case No. **1:20-cr-00305-DDD**         Counsel:

UNITED STATES OF AMERICA,                Bryan D. Fields
                                                              Sarah H. Weiss
           Plaintiff,

v.

1. MICHAEL AARON TEW;                        Jason D. Schall
and                                                          Kristen M. Frost
2. KIMBERLY ANN TEW,                          David S. Kaplan
                                                              Jamie H. Hubbard
           Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 1)**

**8:47 a.m.**     **Court in session.** Jury not present. Defendants present, on bond.

Discussion regarding objections to the Indictment being sent to the jury, preliminary matters, and motions filed over the weekend.

**ORDERED:**   [409] Defendant Kimberly Ann Tew's Motion for Finding that Ms. Tew's Waiver of Right to Confront and Cross-Examine Witnesses was Not Knowing or, in the Alternative, Request for Hearing is **DENIED.**

**ORDERED:**   [410] Defendant Michael Aaron Tew's Motion for Reconsideration of Court's Order Regarding Proffer Agreements and Request for Hearing is **DENIED.**

| | |
|---|---|
| **9:00 a.m.** | **Court in recess.** |
| **9:22 a.m.** | **Court in session.** Jury present. |
| | Court's opening remarks to prospective jurors. |
| 9:31 a.m. | Voir dire oath given. |
| 9:32 a.m. | Voir dire by Court commences. |
| 9:41 a.m. | Bench conference regarding voir dire as to juror 100478684. |
| 9:45 a.m. | Voir dire by Court continues. |
| 9:51 a.m. | Bench conference regarding voir dire of juror 100487853. |
| 9:53 a.m. | Voir dire by Court continues. |
| 10:05 a.m. | Bench conference regarding voir dire of juror 100499899. |
| 10:07 a.m. | Bench conference regarding voir dire of juror 100486112. |
| 10:09 a.m. | Voir dire by Court continues. |
| 10:24 a.m. | Bench conference regarding voir dire of juror 100496425. |
| 10:25 a.m. | Voir dire by Court continues. |
| 10:34 a.m. | Bench conference regarding challenges for cause as to juror 100479487. |
| 10:36 a.m. | Voir dire by Court continues. |
| **10:43 a.m.** | **Court in recess.** |
| **10:56 a.m.** | **Court in session.** Jury present. |
| | Voir dire by Court continues. |
| 11:26 a.m. | Voir dire by Government by Ms. Weiss. |
| 11:49 a.m. | Voir dire by Defendant Michael Aaron Tew by Ms. Frost. |
| 12:00 p.m. | Voir dire by Defendant Kimberly Ann Tew by Ms. Hubbard. |

12:11 p.m.     Voir dire by Court continues.

12:20 p.m.     Bench conference regarding challenge for cause as to juror 100483499. Defendants' challenge jurors 100487853 and 100508777 for cause – OVERRULED.

12:27 p.m.     Voir dire by Court continues.

**12:29 p.m.     Court in recess.**

**1:36 p.m.      Court in recess.** Jury not present.

Court's remarks to counsel regarding peremptory challenges which will be done off the record.

**1:37 p.m.      Court in recess.**

**1:54 p.m.      Court in session.** Jury not present.

Defendants' Batson challenge as to jurors 100476984 and 100503819.

**ORDERED:** Defendants' Batson challenge as to jurors 100476984 and 100503819 is **DENIED.**

Discussion regarding the basis for peremptory challenges.

2:06 p.m.      Jury enters.

Court's remarks to jurors regarding those who were excused.

<u>Challenges for Cause:</u>

1) 100510162
2) 100478684
3) 100513116
4) 100484691
5) 100496425
6) 100479269
7) 100479487
8) 100490873
9) 100483499
10) 100475936

3

Peremptory challenges by Government:

1) 100520578
2) 100503819
3) 100476984
4) 100501698
5) 100486112
6) 100481549

Peremptory challenges by Defendant:

1) 100487853
2) 100499070
3) 100508777
4) 100515424
5) 100499899
6) 100509932
7) 100474147
8) 100510255
9) 100509339
10) 100485172
11) 100512625

Court's remarks to jury.

2:10 p.m.   Jury sworn to try the case:

1) 100505639    2) 100497700
3) 100490018    4) 100507419
5) 100495665    6) 100499527
7) 100495206    8) 100518357
9) 100480054   10) 100495067
11) 100517226  12) 100475229
13) 100485198

2:12 p.m.   Court reads preliminary jury instructions.

**2:41 p.m.   Court in recess.**

**2:59 p.m.   Court in session.** Jury not present.

Discussion regarding protocol for opening statements.

4

| | |
|---|---|
| 3:02 p.m. | Jury enters. |
| 3:03 p.m. | Opening statement by Government by Ms. Weiss. |
| 3:30 p.m. | Opening statement by Defendant Michael Aaron Tew by Mr. Schall. |
| 3:41 p.m. | Opening statement by Defendant Kimberly Ann Tew by Mr. Kaplan. |
| 3:58 p.m. | Bench conference regarding argument on Defendant Kimberly Ann Tew's oral motion to sever. |

**ORDERED:** Defendant Kimberly Ann Tew's oral motion to sever is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Parties shall file simultaneous briefs on the motion to sever by the end of the day on **Wednesday, February 7, 2024.**

4:10 p.m.     Government's witness **Jonathan Yioulos** sworn.

Direct examination by Government by Mr. Fields.
*Exhibit(s) identified:     527, 531, 986, 605*

**Exhibit(s) 527, 531, 986 RECEIVED.**

4:42 p.m.     Bench conference regarding objection to exhibit 605.

4:47 p.m.     Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified:     605, 863*

**Exhibit(s) 605 (portion shown) RECEIVED.**

4:49 p.m.     Bench conference regarding objection to exhibit 863.

4:55 p.m.     Direct examination by Government continues by Mr. Fields.
*Exhibit(s) identified:     863*

**Exhibit(s) 863 (portion shown) RECEIVED.**

5:00 p.m.     Jury excused for the day and shall report back on Tuesday, February 6, 2024, at 9:00 a.m.

Discussion regarding objection by defendants to the word conspiracy on direct

examination of Mr. Yioulos.
**ORDERED:** Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberly Ann Tew.

**5:05 p.m.**     Court in Recess. **TRIAL CONTINUED.   TOTAL TIME: 6:01**