# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### Judge Daniel D. Domenico

Case No.    20-cr-305-DDD            Date:    February 5, 2024

Case Title:  *United States v. Michael Tew et al.*

GOVERNMENT'S _____ WITNESS LIST
(**Plaintiff**/Defendant)

| WITNESS | | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|---|
| Jonathan Yioulos | 330 | ① 2/5/24, 4:10pm, 2/6/24, 9:23am<br>Feb. 5-6 - 330 minutes (direct); 170 minutes (cross) |
| Raeesa Telly | 45 | 2/7/24, 9:16am<br>2/8/24, 3:31pm<br>⑥ Feb. 7 - 45 minutes (direct); 20 minutes (cross) |
| Hannah Scaife | 45 | 2/8/24, 9:19am<br>② Feb. 7 - 45 minutes (direct); 60 minutes (cross) |
| Brittany / Brittney Perry | 30 | 2/8/24, 11:11am<br>③ Feb. 7 - 30 minutes (direct); 20 minutes (cross) |
| Abby Schwartz | 120 | 2/8/24, 4:29pm; 2/9/24, 9:10am<br>⑦ Feb. 7 - 120 minutes (direct); 60 minutes (cross) |
| Kimberly Burkhalter Townsley (Regions Bank) | 15 | Feb. 7 - 15 minutes (direct); 20 minutes (cross) |
| Patricia Townsend (NFCU) | 15 | Feb. 7 - 15 minutes (direct); 20 minutes (cross) |
| Flagstar Bank / FIS Representative Meghan Oakes | 15 | 2/8/24, 1:05pm<br>④ Feb. 7 - 15 minutes (direct); 20 minutes (cross) |
| Sarah Anderson | 30 | 2/14/24, 9:02am<br>⑨ Feb. 8 - 30 minutes (direct); 30 minutes (cross) |
| Joe Ridenour (BBVA / PNC Bank) | 15 | Feb. 8 - 15 minutes (direct); 20 minutes (cross) |

| Witness | Minutes | Annotations |
|---|---|---|
| Chris Alf *Christopher* | 30 | ⑤ 2/8/24, 1:26pm. Feb. 8 - 30 minutes (direct); 25 minutes (cross) |
| Michael Meyers | 75 | ⑧ 2/9/24, 11:12 a.m. Feb. 8 - 75 minutes (direct); 40 minutes (cross) |
| Roman Hernandez | 30 | ⑩ 2/12/24 9:38 am. Feb. 8 - 30 minutes (direct); 20 minutes (cross) |
| Julie Mussack (Wells Fargo Bank) | 15 | Feb. 8 - 15 minutes (direct); 20 minutes (cross) |
| Jerry Plumley (ANB Bank) | 15 | Feb. 8 - 15 minutes(direct); 20 minutes (cross) |
| Nicholas Hanggi | 30 | ⑪ 2/12/24 10:06 am. Feb. 8 - 30 minutes (direct); 45 minutes (cross) |
| Matthew Vanderveer | 30 | ⑫ 2/12/24 11:07 am Feb. 9 - 30 minutes(direct); 40 minutes (cross) |
| Matthew *Edward* Morgan | 60 | ⑬ 2/12/24, 1:32 pm; Feb. 9 - 60 minutes (direct); 40 minutes (cross) 2/13/24, 9:09 am. |
| Lisa Palmer | 210 | ⑭ 2/13/24, 10:22 am Feb. 9 & 12 - 210 minutes (direct); 90 minutes (cross) 2/14/24, 10:13 am. |