IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No. 20-cr-00305-DDD                    Date: January 25, 2024

Case Title: USA v. Tew, et al.

<u>Kimberley Tew</u> WITNESS LIST
(Plaintiff/Defendant)

<u>WITNESS</u>                                    <u>ESTIMATED DATE(S) AND</u>
                                                <u>LENGTH OF TESTIMONY</u>

Brittany McNeil                                 15 minutes

Tina Schumann                                   15 minutes