IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | | |
|---|---|---|
| Date: | February 15, 2024 | Prob./Pret.:   N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter:   N/A |
| Court Reporter: | Tammy Hoffschildt | |

Criminal Case No. **1:20-cr-00305-DDD**         Counsel:

UNITED STATES OF AMERICA,                        Bryan D. Fields
                                                 Sarah H. Weiss
       Plaintiff,

v.

1. MICHAEL AARON TEW;                            Jason D. Schall
and                                              Kristen M. Frost
2. KIMBERLEY ANN TEW,                            David S. Kaplan
                                                 Jamie H. Hubbard
       Defendants.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 9)**

**9:00 a.m.**      **JURY ARRIVES TO RESUME DELIBERATIONS**

**11:54 a.m.**     **Court in session.** Jury not present.

Discussion regarding how to respond to notes (questions) from jury.

Court provides counsel with intended responses to jury notes (questions). No objection.

**12:01 p.m.**     **Court in recess.** Subject to call.

**5:03 p.m.**      Court in Session - Jury not present.

1

Seth Junker is present on behalf of probation.

Court informs counsel that jury has reached a verdict.

5:06 p.m.   Jury enters

Court reads jury verdict.

### Michael Aaron Tew

Count 1    GUILTY
Count 2    GUILTY
Count 3    GUILTY
Count 4    GUILTY
Count 5    GUILTY
Count 6    GUILTY
Count 7    GUILTY
Count 8    GUILTY
Count 9    GUILTY
Count 10   GUILTY
Count 11   GUILTY
Count 12   GUILTY
Count 13   GUILTY
Count 14   GUILTY
Count 15   GUILTY
Count 16   GUILTY
Count 17   GUILTY
Count 18   GUILTY
Count 19   GUILTY
Count 20   GUILTY
Count 21   GUILTY
Count 22   GUILTY
Count 23   GUILTY
Count 24   GUILTY
Count 25   GUILTY
Count 26   GUILTY
Count 27   GUILTY
Count 28   GUILTY
Count 29   GUILTY
Count 30   GUILTY
Count 31   GUILTY
Count 32   GUILTY
Count 33   GUILTY
Count 34   GUILTY

| | |
|---|---|
| Count 35 | GUILTY |
| Count 36 | GUILTY |
| Count 37 | GUILTY |
| Count 38 | GUILTY |
| Count 39 | GUILTY |
| Count 40 | GUILTY |
| Count 41 | GUILTY |
| Count 42 | GUILTY |
| Count 44 | GUILTY |
| Count 45 | GUILTY |
| Count 46 | GUILTY |
| Count 47 | GUILTY |
| Count 48 | GUILTY |
| Count 49 | GUILTY |
| Count 50 | GUILTY |
| Count 51 | GUILTY |
| Count 52 | GUILTY |
| Count 53 | GUILTY |
| Count 54 | GUILTY |
| Count 55 | GUILTY |
| Count 56 | GUILTY |
| Count 57 | GUILTY |
| Count 58 | GUILTY |
| Count 59 | GUILTY |
| Count 60 | GUILTY |

### Kimberly Ann Tew

| | |
|---|---|
| Count 1 | GUILTY |
| Count 21 | GUILTY |
| Count 22 | GUILTY |
| Count 25 | GUILTY |
| Count 26 | GUILTY |
| Count 31 | GUILTY |
| Count 32 | GUILTY |
| Count 41 | GUILTY |
| Count 43 | GUILTY |
| Count 44 | GUILTY |
| Count 47 | GUILTY |
| Count 48 | NOT GUILTY |
| Count 56 | GUILTY |

5:12 p.m.    Jury is polled.

           Court thanks jurors for their service and they are discharged.

5:14 p.m.    Jury excused

Government request for defendants to be remanded into custody.

Argument by counsel.

**ORDERED:**    Conditions of bond will be modified as to both Michael Aaron Tew and Kimberley Ann Tew to the extent they shall be placed on electronic monitoring.

           Court's closing remarks to counsel.

**ORDERED:**    Bond is **CONTINUED** as to Defendants Michael Aaron Tew and Kimberley Ann Tew.

**5:26 p.m.**    **Court in Recess - TRIAL CONCLUDED. TOTAL TIME: :30**

**CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**