ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00305-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1. **MICHAEL AARON TEW, and**
   2. **KIMBERLEY ANN TEW,** a/k/a Kimberley Vertanen,

      Defendants.

---

## VERDICT FORM

---

Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT 1 – CONSPIRACY TO COMMIT WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 1 of the Indictment, charging conspiracy to commit wire fraud:

    \_\_\_\_ Not Guilty

    ✓ Guilty

## COUNT 1 – CONSPIRACY TO COMMIT WIRE FRAUD
## – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count

1 of the Indictment, charging conspiracy to commit wire fraud:

\_\_\_\_\_ Not Guilty

\_\_✓\_\_ Guilty

### COUNT 2 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 2

of the Indictment, charging wire fraud:

\_\_\_\_\_ Not Guilty

\_\_✓\_\_ Guilty

### COUNT 3 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 3

of the Indictment, charging wire fraud:

\_\_\_\_\_ Not Guilty

\_\_✓\_\_ Guilty

## COUNT 4 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 4
of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

\_✓\_   Guilty

## COUNT 5 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 5
of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

\_✓\_   Guilty

## COUNT 6 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 6
of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

\_✓\_   Guilty

## COUNT 7 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 7 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 8 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 8 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 9 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 9 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 10 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 10 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 11 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 11 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 12 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 12 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 13 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 13 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 14 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 14 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 15 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 15 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 16 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 16 of the Indictment, charging wire fraud:

\_\_\_\_ Not Guilty

\_\_\_\_ Guilty

## COUNT 17 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 17 of the Indictment, charging wire fraud:

\_\_\_\_ Not Guilty

\_\_√\_\_ Guilty

## COUNT 18 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 18 of the Indictment, charging wire fraud:

\_\_\_\_ Not Guilty

\_\_√\_\_ Guilty

## COUNT 19 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 19 of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 20 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 20 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 21 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 21 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 21 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 21 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 22 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 22 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 22 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 22 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 23 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 23 of the Indictment, charging wire fraud:

\_\_\_\_ Not Guilty

✓

\_\_\_\_ Guilty

## COUNT 24 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 24 of the Indictment, charging wire fraud:

\_\_\_\_ Not Guilty

✓ Guilty

## COUNT 25 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 25 of the Indictment, charging wire fraud:

\_\_\_\_ Not Guilty

✓ Guilty

## COUNT 25 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 25 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 26 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 26 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 26 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 26 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 27 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 27 of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 28 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 28 of the Indictment, charging wire fraud:



_____ Not Guilty

___✓___ Guilty

## COUNT 29 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 29 of the Indictment, charging wire fraud:

_____ Not Guilty

___✓___ Guilty

## COUNT 30 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 30 of the Indictment, charging wire fraud:



_____ Not Guilty

____✓____ Guilty

## COUNT 31 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 31 of the Indictment, charging wire fraud:



_____ Not Guilty

____✓____ Guilty

## COUNT 31 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 31 of the Indictment, charging wire fraud:

_____ Not Guilty

____✓____ Guilty

## COUNT 32 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 32 of the Indictment, charging wire fraud:

_____ Not Guilty

__✓__ Guilty

## COUNT 32 – WIRE FRAUD – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 32 of the Indictment, charging wire fraud:

_____ Not Guilty

✓ Guilty

## COUNT 33 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 33 of the Indictment, charging wire fraud:

_____ Not Guilty

✓ Guilty

### COUNT 34 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 34 of the Indictment, charging wire fraud:



_____ Not Guilty

_____ Guilty

### COUNT 35 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 35 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

### COUNT 36 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 36 of the Indictment, charging wire fraud:

_____ Not Guilty

_____ Guilty

## COUNT 37 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 37 of the Indictment, charging wire fraud:



_____ Not Guilty

_____ Guilty

## COUNT 38 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 38 of the Indictment, charging wire fraud:



_____ Not Guilty

_____ Guilty

## COUNT 39 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 39 of the Indictment, charging wire fraud:



_____ Not Guilty

_____ Guilty

## COUNT 40 – WIRE FRAUD – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 40 of the Indictment, charging wire fraud:

\_\_\_\_   Not Guilty

✓   Guilty

## COUNT 41 – CONSPIRACY TO COMMIT MONEY LAUNDERING –
## MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 41 of the Indictment, charging conspiracy to commit money laundering:

\_\_\_\_   Not Guilty

✓   Guilty

## COUNT 41 – CONSPIRACY TO COMMIT MONEY LAUNDERING
## – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 41 of the Indictment, charging conspiracy to commit money laundering:

\_\_\_\_   Not Guilty

✓   Guilty

## COUNT 42 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 42 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 43 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 43 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 44 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 44 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 44 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 44 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 45 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 45 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 46 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 46 of the Indictment, charging money laundering (spending):

_____ Not Guilty

___✓___ Guilty

## COUNT 47 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 47 of the Indictment, charging money laundering (spending):

_____ Not Guilty

__✓__ Guilty

## COUNT 47 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 47 of the Indictment, charging money laundering (spending):

_____ Not Guilty

__✓__ Guilty

## COUNT 48 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 48 of the Indictment, charging money laundering (spending):

_____ Not Guilty

__✓__ Guilty

## COUNT 48 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 48 of the Indictment, charging money laundering (spending):

✓ Not Guilty

_____ Guilty

## COUNT 49 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 49 of the Indictment, charging money laundering (spending):

_____ Not Guilty

✓ Guilty

## COUNT 50 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 50 of the Indictment, charging money laundering (spending):

_____ Not Guilty

✓ Guilty

### COUNT 51 –MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 51 of the Indictment, charging money laundering (spending):



_____ Not Guilty

_____ Guilty

### COUNT 52 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 52 of the Indictment, charging money laundering (spending):



_____ Not Guilty

_____ Guilty

### COUNT 53 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 53 of the Indictment, charging money laundering (spending):

_____ Not Guilty

_____ Guilty

### COUNT 54 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 54 of the Indictment, charging money laundering (spending):



_____ Not Guilty

_✓_ Guilty

### COUNT 55 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 55 of the Indictment, charging money laundering (spending):



_____ Not Guilty

_✓_ Guilty

### COUNT 56 – MONEY LAUNDERING (SPENDING) – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 56 of the Indictment, charging money laundering (spending):



_____ Not Guilty

_✓_ Guilty

## COUNT 56 – MONEY LAUNDERING (SPENDING) – KIMBERLEY TEW

We, the jury, unanimously find the defendant, KIMBERLEY TEW, in Count 56 of the Indictment, charging money laundering (spending):

_____ Not Guilty

✓ Guilty

## COUNT 57 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 57 of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

✓ Guilty

## COUNT 58 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 58 of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

✓ Guilty

## COUNT 59 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 59

of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

___✓___ Guilty

## COUNT 60 – WILLFUL FAILURE TO FILE
## TAX RETURN – MICHAEL TEW

We, the jury, unanimously find the defendant, MICHAEL TEW, in Count 60

of the Indictment, charging willful failure to file a tax return:

_____ Not Guilty

___✓___ Guilty

Juror name redacted.

FOREPERSON

Dated this _15_ th day of February, 2024.