| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 3 | MICHAEL AARON TEW  JONATHAN YIOULOS | October 26, 2018 | $30,000 | ACH transaction from Signature Bank account ending in 5529 to Regions Bank account ending in 4514, held in the name of M.M. |
| 4 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | October 30, 2018 | $10,000 | Wire transfer from Signature Bank account ending in 5529 to Regions Bank account ending in 4514, held in the name of M.M. |
| 5 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | November 20, 2018 | $30,000 | ACH transaction from Signature Bank account ending in 5529 to Regions Bank account ending in 4514, held in the name of M.M. |
| 6 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | November 27, 2018 | $30,000 | ACH transaction from Signature Bank account ending in 5529 to BBVA Compass account ending in 0007, held in the |
| | | | | name of M.M. |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|---|---|---|---|---|
| 8 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | February 8, 2019 | $15,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 9 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | February 20, 2019 | $15,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 10 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | March 29, 2019 | $38,000 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 11 | MICHAEL AARON TEW  JONATHAN K. YIOULOS | April 4, 2019 | $11,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| | | | | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8336, held in the name of Michael Tew |

Kimberley Tew Not Named in Counts 2-20



## Payments of Fraudulent Invoices by NAC between August 2018 and July 2020

| Company | 2018 Qtr3 | 2018 Qtr4 | 2019 Qtr1 | 2019 Qtr2 | 2019 Qtr3 | 2019 Qtr4 | 2020 Qtr1 | 2020 Qtr2 | 2020 Qtr3 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Hanna Scaife CPA | $ 50,000.00 3 Payments | | | | | | | | | $ 50,000.00 |
| 5530 Jessamine Development | $ 75,000.00 5 Payments | $ 30,000.00 1 Payment | | | | | | | | $ 105,000.00 |
| Meyers Consulting Group | | $110,125.00 5 Payments | | | | | | | | $ 110,125.00 |
| Political Media | | $ 21,250.00 1 Payment | $ 267,962.50 11 Payments | $ 551,665.00 22 Payments | $ 59,675.00 4 Payments | | | | | $ 900,552.50 |
| Global Fuel Logistics | | | | | $446,000.00 14 Payments | | | $ 847,338.00 12 Payments | $95,000.00 1 Payment | $ 1,388,338.00 |
| Aero Maintenance Resources | | | | | $329,200.00 8 Payments | $810,500.00 22 Payments | $682,055.00 22 Payments | $ 648,108.00 10 Payments | | $ 2,469,863.00 |
| Grand Total | $125,000.00 | $161,375.00 | $267,962.50 | $551,665.00 | $834,875.00 | $810,500.00 | $682,055.00 | $1,495,446.00 | $95,000.00 | $ 5,023,878.50 |

No Charges Against Kimberley Tew

| 21 | MICHAEL AARON TEW  KIMBERLEY ANN TEW  JONATHAN K. YIOULOS | October 25, 2019 | $43,000.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 2064, held in the name of Global Fuel Logistics, Inc. |
|----|----|----|----|----|
| 22 | MICHAEL AARON TEW  KIMBERLEY ANN TEW  JONATHAN K. YIOULOS | November 1, 2019 | $49,750.00 | ACH transaction from Signature Bank account ending in 5545 to Wells Fargo account ending in 6934, held in the name of Sand Hill, LLC |

| 25 | MICHAEL AARON TEW  KIMBERLEY ANN TEW  JONATHAN K. YIOULOS | December 3, 2019 | $9,550.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
|----|----|----|----|----|
| 26 | MICHAEL AARON TEW  KIMBERLEY ANN TEW  JONATHAN K. YIOULOS | December 12, 2019 | $24,500.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |

# All Transfers to Michael's Bank Accounts

| 31 | MICHAEL AARON TEW  KIMBERLEY ANN TEW  JONATHAN K. YIOULOS | March 10, 2020 | $35,000.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |
|----|----|----|----|----|
| 32 | MICHAEL AARON TEW  KIMBERLEY ANN TEW  JONATHAN K. YIOULOS | March 20, 2020 | $22,500.00 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 5336, held in the name of Michael Tew |



National Air Cargo

38 Invoices $900,552.50
Qtr 4 2018 to Qtr 3 2020

Politic

2 Deposits
$41,500.00
Qtr 4 2018 &
Qtr 1 2019

31 Deposits
$769,377.50
Qtr 1 &
Qtr 2 2019

Political Media Inc.
Lawrence M Ward
(ANB5965)

Kimberley Tew and
Michael Tew
(NFCU8486)

| Date | Amount | Count |
|------|--------|-------|

| Date | Amount | Count |
|------|--------|-------|
| 02/08/19 | $15,250.00 | COUNT 08 |
| 02/20/19 | $15,250.00 | COUNT 09 |
| 03/29/19 | $38,000.00 | COUNT 10 |
| 04/04/19 | $11,250.00 | COUNT 11 |
| 06/04/19 | $53,500.00 | |
| 06/11/19 | $28,000.00 | |
| 09/04/19 | $45,000.00 | Transfer from N |
| | | COUNT 46 |

| Count | Defendant | Approx. Date | Approx. Amount | Transaction |
|-------|-----------|--------------|----------------|-------------|
| 8 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | February 8, 2019 | $15,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 9 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | February 20, 2019 | $15,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 10 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | March 29, 2019 | $38,000 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |
| 11 | MICHAEL AARON TEW<br><br>JONATHAN K. YIOULOS | April 4, 2019 | $11,250 | ACH transaction from Signature Bank account ending in 5545 to Navy Federal Credit Union account ending in 8486, held in the names of Michael Tew and Kimberley Tew |

# Instruction 20
# Conspiracy – Agreement & Interdependence Defined

Proof is not sufficient if it merely shows that a defendant knew about the existence of the conspiracy or was associated with members of the conspiracy. Rather, the evidence must show the defendant knowingly joined the conspiracy with the intent to advance its purposes.

# Count 43 - $15k Withdrawal from Joint Account (x8486)

**To:**      jyioulos@nationalaircargo.com[jyioulos@nationalaircargo.com]
**From:**    Political Media
**Sent:**    Wed 7/3/2019 8:38:56 AM
**Subject:**   Invoice From Political Media, Inc.
Invoice_7312_Political Media.pdf

Withdrawal on June 11 –
22 days BEFORE fake invoice
submitted

Political Media, Inc.
Navy Federal Credit Union
Vienna, VA 22180
ABA: 256074974
Account: 7085338486

d MRO Resource                                    $91,000.00

TOTAL DUE        $9,500.00

# Count 44 - $22k Withdrawal by Michael Tew

**To:** ivioulos@nationalaircargo.com[ivioulos@nationalaircargo.com]
**From:** Accounting Person
**Sent:** Thur 8/29/2019 8:20:47 PM
**Subject:** Invoices from Global Fuel Logistics, Inc

GFL - Invoice 1023 National Airlines.pdf
GFL - Invoice 1011 National Airlines.pdf
GFL - Invoice 1001 National Airlines.pdf

Dear Jon:

Attached are the remainder of the

Thank you for your business!

Jessica Thompson
Global Fuel Logistics, Inc.

**GLOBAL FUEL LOGISTICS, INC**
*Fuel Management / Maintenance / Consultation*

**INVOICE**

101 W Big Beaver Road
Troy, MI 48084
Accounting@globalfuel.co

INVOICE #1023
DATE: AUGUST 29, 2019

**TO:**
National Airlines
5955 TG Lee Blvd
Orlando, FL 32822
(407) 313-2255

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Trailing Edge Flap Maintenance Review | $90,000 | $90,000 |
| | 50% Deposit Due | | ($45,000) |

# Count 44 - $22k Withdrawal by Michael Tew

## Wells Fargo Simple Business Checking

August 31, 2019 ▪ Page 1 of 8



SAND HILL, LLC
3222 E 1ST AVE APT 224
DENVER CO 80206-5842

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833

| 8/22 | National Air ACH 190822 Shi LLC | 28,000.00 |
|------|----------------------------------|-----------|

# Count 44 - $22k Withdrawal by Michael Tew

# Count 44 - $22k Withdrawal by Michael Tew

+19174462046 Kimberley Tew

Sam has cash deposit for 2.5% around $17.5K at Bank of America

Status: Read

Read: 8/28/2019 6:18:36 PM(UTC+0)

Kimberley Tew's only link to Count 44 is this communication

# Count 47 - $15k Wire by Michael Tew

**To:**       jyioulos@nationalaircargo.com[jyioulos@nationalaircargo.com]
**From:**     Accounting Person
**Sent:**     Fri 10/11/2019 2:32:43 AM
**Subject:**  Invoices From Aero Maintenance Resources

GFL - AMR - Invoice 697 National Airlines.pdf
GFL - AMR - Invoice 634 National Airlines.pdf
GFL - AMR - Invoice 627 National Airlines.pdf

Dear Jon:

Attached are our service and

Please contact me if you hav

Thank you

Jessica Thompson
Aero Maintenance Resource
A Unit of Global Fuel Logist

**AERO MAINTENANCE RESOURCES**
*A Division of Global Fuel Logistics, Inc.*

101 W Big Beaver Road
Troy, MI 48084
Accounting@globalfuel.co

**TO:**
National Airlines
5955 TG Lee Blvd
Orlando, FL 32822
(407) 313-2255

**INVOICE**

INVOICE #634
DATE: September 10, 2019

# Count 47 - $15k Wire by Michael Tew

## Wells Fargo Simple Business Checking

September 30, 2019 ▪ Page 1 of 7



SAND HILL, LLC
3222 E 1ST AVE APT 224
DENVER CO 80206-5842

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833

| | |
|---|---:|
| National Air ACH 190918 Shi LLC | 33,500.00 |
| Wire Trans Svc Charge - Sequence: 190918055762 Srf# Ow00000544181399 Trn#190918055762 Rfb# Ow00000544181399 | 30.00 |
| WT Fed#06360 Jpmorgan Chase Ban /Ftr/Bnf=Mora Consulting LLC Srf# Ow00000544181399 Trn#190918055762 Rfb# Ow00000544181399 | 15,000.00 |

# Count 47 - $15k Wire by Michael Tew



Wire Full Transaction Report

Channel Reference Number (SNDR REF NUM): OW00000544181399
Original Channel (SRC): PB1
Unique Transaction ID: 2019091800055762
Debit Amount (AMT): 15000
Debit Currency (CUR): USD
Debit Account (DBT): 000007596376934
Debit Value Date (DEBIT VAL): 9/18/2019 12:00:00 AM

Transaction Bank Details

| | DEBIT ADDRESS | CREDIT ADDRESS | BENEFICIARY |
|---|---|---|---|
| Bank Code: | 102000076 | 121042882 | |
| Account ID: | 000007596376934 | 021000021 | 327928260 |
| Bank Name: | LLC SAND HILL | JPMORGAN CHASE BANK, N.A. | Mora Consulting LLC |
| Address: | 3222 E 1ST AVE APT 224 DENVER CO 802065842 US | 4 NEW YORK PLAZA FLOOR 15 NEW YORK, NY, US | 7 Second Street Ladera Ranch CA 92694 US |
| Details: | | | Consulti |

+19176697473 M  T
Wire sent
Read: 9/18/2019 4:59:59 PM(UTC+0)
9/18/2019 2:30:15 PM(UTC+0)

GOVERNMENT EXHIBIT
20-cr-00305-DDD
45

# Count 47 - $15k Wire by Michael Tew

Kimberley Tew's only link to Count 47 is communications



+19176697473 M T

Mora emailed just now he is ok with the 14K

Status: Read
Delivered: 9/18/2019 2:26:42 PM(UTC+0)
Read: 9/18/2019 2:26:42 PM(UTC+0)

9/18/2019 2:26:29 PM(UTC+0)



+19174462046 Kimberley Tew

Your email went into his spam

Status: Read

9/18/2019 2:26:51 PM(UTC+0)

# Count 48 - $20k Withdrawal by Michael Tew

**To:** jyioulos@nationalaircargo.com[jyioulos@nationalaircargo.com]
**From:** Accounting Person
**Sent:** Fri 10/11/2019 2:32:43 AM
**Subject:** Invoices From Aero Maintenance Resources

GFL - AMR - Invoice 697 National Airlines.pdf
GFL - AMR - Invoice 634 National Airlines.pdf
GFL - AMR - Invo

**AERO MAINTENANCE RESOURCES**
*A Division of Global Fuel Logistics, Inc.*

101 W Big Beaver Road
Troy, MI 48084
Accounting@globalfuel.co

**TO:**
National Airlines
5955 TG Lee Blvd
Orlando, FL 32822
(407) 313-2255

**INVOICE**

INVOICE #697
DATE: September 15, 2019

# Count 48 - $20k Withdrawal by Michael Tew

## Wells Fargo Simple Business Checking

September 30, 2019  ▪  Page 1 of 7



SAND HILL, LLC
3222 E 1ST AVE APT 224
DENVER CO 80206-5842

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

| National Air ACH 190926 Shi LLC | 52,750.00 |

# Count 48 - $20k Withdrawal by Michael Tew

# Count 56 - $20k Withdrawal by Michael Tew

To: jyioulos@nationalaircargo.com[jyioulos@nationalaircargo.com]
From: Accounting Person
Sent: Mon 5/4/2020 6:18:11 PM
Subject: Invoice for Aero Maintenance Resources 2 March 2020

GFL - AMR - Invoice 3101 National Airlines.pdf

Dear Jon:

Attached is our corrected invoice for Aero Maintenance Resources for 2 March 2020.

Please contact me

Thank you

Jessica Thompson
Aero Maintenance
A Unit of Global F

**AERO MAINTENANCE RESOURCES**
*A Division of Global Fuel Logistics, Inc.*

101 W Big Beaver Road
Troy, MI 48084
Accounting@globalfuel.co

TO:
National Airlines
5955 TG Lee Blvd
Orlando, FL 32822
(407) 313-2255

**INVOICE**

INVOICE #3101
DATE: MARCH 2, 2020

# Count 56 - $20k Withdrawal by Michael Tew

## Wells Fargo Simple Business Checking

August 31, 2019 ▪ Page 1 of 8



SAND HILL, LLC
3222 E 1ST AVE APT 224
DENVER CO 80206-5842

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

| National Air ACH 200303 Global Fuel Logistics | 36,555.00 |
|---|---|

# Count 56 - $20k Withdrawal by Michael Tew

