IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00305-DDD-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. KIMBERLEY ANN TEW**

    Defendant.

### Unopposed Motion to Restrict Defendant Kimberly Tew's Objections to Presentence Investigation Report (Doc. 508)

Defendant Kimberly Tew, through counsel, David S. Kaplan, and Jamie Hubbard, of the law firm Stimson LaBranche Hubbard, LLC, respectfully requests the Court grant this *Unopposed Motion to Restrict Defendant Kimberley Tew's Objections to Presentence Investigation Report* (Doc. 508) and states the following:

Mrs. Kimberley Tew is set for sentencing in the above caption case on August 8, 2024. A Presentence Investigation Report (PSIR) was filed on July 2, 2024 (Doc. 504). Mrs. Tew was granted an extension to file a response to the PSIR until July 19, 2024 (Doc. 507). Ms. Tew filed objections on July 19, 2024. (Doc. 508). Ms. Tew is now requesting Doc. 508, and all its attachments, be maintained as a level 2 Restricted Document.

D.C.COLO.L.CrR 32.1(e) directs those documents related to sentencing, and provided to the probation officer, are entitled to Level 2 restriction. While the

objections to the PSIR are filed with the court, the content directly addresses the substance of the PSIR and its restriction serves the same purpose as the requirement that documents filed by the probation department relating to sentencing are entitled to a Level 2 restriction.

A presumption of a Level 2 restriction attaches to documents that relate to presentence reports, sentencing recommendations and related documents pertaining to the defendant. D.C.COLO.LCrR 47.1 (f)((1)(B). The Objections to the PSIR in Doc. 508 furthermore contains information concerning the defendant that should not be disclosed publicly.

The assigned A.U.S.A. , Bryan Fields, has been consulted regarding the filing of this motion and has no objection to it being granted.

Dated: July 22, 2024.

*s/ David Kaplan*
David S. Kaplan
Jamie Hubbard
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
720.689.8909
kaplan@slhlegal.com
hubbard@slhlegal.com

*Attorneys for Kimberley Ann Tew*

2

**Certificate of Service**

    I certify that on July 22, 2024, I electronically filed the foregoing *Unopposed Motion to Restrict* with the Clerk of Court using the CM/ECF system.

    *s/ Andres L. Varas*
    Andres L. Varas, Paralegal