FILED
United States Court of Appeals
Tenth Circuit

September 5, 2024

Christopher M. Wolpert
Clerk of Court

### UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>KIMBERLEY ANN TEW, a/k/a Kimberley Vertanen,<br><br>   Defendant - Appellant. | No. 24-1333<br>(D.C. No. 1:20-CR-00305-DDD-2)<br>(D. Colo.) |

_____

### ORDER
_____

Before **HOLMES**, Chief Circuit Judge.
_____

This matter is before the court on the motion to withdraw brought by appellant's CJA trial attorneys, Jamie Hubbard and David Kaplan (collectively, "trial counsel"). The district court has made the requisite finding of eligibility for appointment of counsel pursuant to 18 U.S.C. § 3006A.

Upon consideration, the court grants the motion and appoints CJA Panel member Justin A. Lollman to represent appellant Kimberley Ann Tew going forward. *See* 18 U.S.C. § 3006A. On or before September 16, 2024, Mr. Lollman shall file an entry of appearance in this appeal.

Pursuant to § 3006A, trial counsel are appointed *nunc pro tunc* to the date the notice of appeal was filed in this matter. That appointment ends with the entry of this

order and trial counsel shall have no further obligations in this appeal except as follows: (1) On or before September 16, 2024, trial counsel shall transmit to Mr. Lollman[1] copies of all documents and materials in their possession, custody, or control that are pertinent to this appeal, including, as applicable, all trial exhibits; (2) trial counsel shall ensure that they have made appropriate arrangements through the district court's eVoucher system for payment related to the transcript(s) they ordered for purposes of this appeal; and (3) trial counsel shall transmit a copy of this order to Ms. Tew forthwith.

On September 4, 2024, trial counsel filed a designation of record in this appeal. Additionally, it appears that trial counsel ordered at least one transcript for purposes of appeal. Accordingly, on or before September 25, 2024, Mr. Lollman shall file any necessary supplemental designation of record and/or supplemental transcript order forms.

The court notes that if Mr. Lollman orders any additional transcripts, he must file a CJA 24 form in the U.S. District Court for the District of Colorado. Questions concerning the filing of a CJA 24 form should be directed to the district court Clerk's Office.

Appellant's opening brief shall be due 40 days from the date the record on appeal is filed in this court.  *See* Fed. R. App. P. 31(a)(1); 10th Cir. R. 11.2(A).

The Clerk of the U.S. District Court for the District of Colorado shall wait until at least September 26, 2024 before transmitting the record on appeal to this court. The

---

[1]Mr. Lollman's contact information: GableGotwals // 110 North Elgin Avenue, Suite 200// Tulsa, OK 74120 // tel: 918.595.4800 // e-mail: jlollman@gablelaw.com

2

Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

September 05, 2024

Mr. Justin A. Lollman
GableGotwals
110 North Elgin Avenue, Suite 200
Tulsa, OK 74120

**RE:** 24-1333, United States v. Tew
Dist/Ag docket: 1:20-CR-00305-DDD-2

Dear Counsel:

You have been appointed as counsel for appellant/appellee under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered

in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Rajiv Mohan

CMW/klp