IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff/Appellee,<br><br>*v.*<br><br>**KIMBERLEY ANN TEW,**<br><br>Defendant/Appellant. | District Court<br>Case No. 1:20-CR-305-DDD<br><br>Court of Appeals<br>Case No. 24-1333 |

## DEFENDANT/APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD

Defendant/Appellant Kimberley Ann Tew submits the following *Supplemental Designation of Record*, supplementing the original *Designation of Record* submitted by Defendant's trial counsel David Kaplan on September 4, 2024.

The record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals should include the original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheet. If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.

The following additional items should also be included in the record on appeal:

1. All exhibits introduced at the suppression hearing held on October 12, 2022.

1

2. Transcript of *James* hearing held on December 19, 2023.

3. All exhibits introduced at the *James* hearing held on December 19, 2023.

4. Transcripts of jury trial held on February 5–15, 2024.

5. All exhibits introduced at jury trial held on February 5–15, 2024.

Dated: September 24, 2024     Respectfully submitted,

 */s/ Justin A. Lollman*
Justin A. Lollman, OBA No. 32051
GableGotwals
100 North Elgin Ave., Suite 200
Tulsa, Oklahoma 74120
(918) 595-4800
jlollman@gablelaw.com

Counsel for Appellant
Kimberley Ann Tew

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on September 24, 2024.

*s/ Justin A. Lollman*
Justin A. Lollman

4876-0391-7800, v. 1