FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**March 10, 2025**

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KIMBERLEY ANN TEW, a/k/a Kimberley Vertanen,

    Defendant - Appellant.

No. 24-1333
(D.C. No. 1:20-CR-00305-DDD-2)
(D. Colo.)

---

**ORDER**

---

This matter is before the court on appellant Kimberley Ann Tew's *Unopposed Amended Motion to Supplement the Record on Appeal*. (Dkt. No. 41.)

First, the court vacates that portion of its February 26, 2025 order (Dkt. No. 40) that required the district court to prepare and transmit a supplemental record on appeal ("ROA") volume. In light of the representations in Ms. Tew's *Amended Motion*, it will be more expedient for this court to address the entirety of the ROA.

Second, the court notes that in its September 5, 2024 order (Dkt. No. 15), CJA trial counsel were required to transmit to appellate counsel "copies of all documents and materials … that are pertinent to this appeal, including, as applicable, all trial exhibits." (Dkt. No. 15 at 2.) It does not appear that trial counsel complied with that aspect of the court's order.

Third, the *Amended Motion* indicates that appellate counsel has now obtained—or shortly will obtain—all necessary trial exhibits from trial counsel. The *Amended Motion* indicates that while the majority of the material sought to be added to the ROA consists of PDFs, some are Excel files and some are audio files. The *Amended Motion* does not indicate or suggest that the Excel files cannot be converted to PDFs.

Upon consideration, the court orders as follows:

(1) On or before March 14, 2025, Ms. Tew shall supplement her *Amended Motion*;

(2) With respect to any and all material that (i) was addressed in either Ms. Tew's original motions to supplement the ROA (Dkt. Nos. 35, 39) or the present motion; and (ii) is capable of being submitted electronically as a PDF file, Ms. Tew shall submit a supplement to the *Amended Motion* that contains each document or exhibit as a separate PDF file;

(3) With respect to any material that is not capable of being submitted electronically as a PDF file (i.e., the audio files referenced in the *Amended Motion*), Ms. Tew may submit that material to the Court via SharePoint Online.[1] The Clerk's Office will email a link to Ms. Tew's counsel that can be used to upload the materials to a case-specific folder on SharePoint Online. The materials must be in a familiar file format that can be accessed using commonly-available media players. Acceptable electronic formats for

---

[1] SharePoint Online is FIPS 140-2 certified, and every file is encrypted using AES 256-bit encryption at rest and in transit. Passwords for parties will not be required to upload materials.

audio/video include AVI, MOV, WMV, WMA, FLAC, MP3, MP4, MPG, MPEG, and Wave. Each file uploaded must be named with a file-naming convention that clearly identifies each individual file. None of the files uploaded may be password-protected. Ms. Tew must both upload the material and serve a copy of it on all other parties in accordance with Fed. R. App. P. 25(b) on or before March 14, 2025;

(4) Once the materials described above have been received by the Court, the Court directs its Clerk to create and file a supplemental ROA volume (or volumes, as appropriate) consisting of that material.

        Entered for the Court

        CHRISTOPHER M. WOLPERT, Clerk